UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE DAVIS,<br><br>                Plaintiff,<br><br>                -v.-<br><br>THE WALT DISNEY COMPANY; AMERICAN BROADCASTING COMPANY; DELICIOUS NON-SEQUITUR PRODUCTIONS, LLC; BLUE PARK PRODUCTIONS; SHAVON SULLIVAN WRIGHT; CHERISSE PARKS; JUSTIN HALPERN; PATRICK SCHUMACKER; and QUINTA BRUNSON,<br><br>                Defendants. | 22 Civ. 5944 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      In line with the discussion held during the February 14, 2023 pre-motion conference in this case, Plaintiff, if she so chooses, is directed to file an amended complaint by **March 31, 2023**. Defendants' motions to dismiss and supporting papers shall be filed on or before **May 5, 2023**. Plaintiff's consolidated opposition brief is due on or before **June 9, 2023**. Defendants shall submit their reply briefs by **June 23, 2023**.

      SO ORDERED.

Dated:  February 15, 2023
           New York, New York

                                                                     KATHERINE POLK FAILLA
                                                                     United States District Judge