UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CHRISTINE DAVIS

                Plaintiff,                       Case No.: 22-CV-05944 (KPF)

              v.                           JURY TRIAL DEMANDED

AMERICAN BROADCASTING            SECOND AMENDED
COMPANY (ABC); DELICIOUS NON-     COMPLAINT
SEQUITUR PRODUCTIONS; BLUE PARK
PRODUCTIONS; SHAVON  SULLIVAN
WRIGHT; CHERISSE PARKS; JUSTIN
HALPERN; PATRICK  SCHUMACKER;
and QUINTA BRUNSON,

                           Defendants.
--------------------------------------------------------X

## COMPLAINT

COMES NOW Plaintiff Christine Davis ("Plaintiff" or "Ms. Davis"), and files this Complaint against Defendants the American Broadcasting Company ("ABC"), Delicious Non-Sequitur Productions (Non-Sequitur"), Blue Park Productions ("Blue Park"), Shavon Sullivan Wright ("Wright"), Cherisse Parks ("Parks"), Justin Halpern ("Halpern"), Patrick Schumacker ("Schumacker"), and Quinta Brunson ("Brunson") (hereinafter collectively known as Defendants") respectfully stating as follows:

### INTRODUCTION

1. This is a civil action *See*king actual and statutory damages for copyright infringement arising under the copyright laws of the United States, 17 U.S.C. §101 *et seq*., as amended (the Copyright Act").

2. Plaintiff is the sole owner of work copyrighted pursuant to the Copyright Act under Registration No. PAu004020233. The work pertains to Plaintiff's original scripted television series This School Year.

3.  Defendants directed, produced, advertised, sold, and streamed the *Abbott Elementary* television series that premiered in December 2021 on Defendant ABC Television Network and HULU premium television channel and streaming service. *Abbott Elementary* is a veritable knock-off of Plaintiff's proposed television series This School Year.

4.  Without Plaintiff's permission, license, authority or consent, Defendants knowingly and illegally used Plaintiff's works to create the *Abbott Elementary* television series.

5.  Defendants' *Abbott Elementary* television series and the content protected by Plaintiff's registered copyrights are strikingly and substantially similar.

6.  Defendants neither sought nor received permission from Plaintiff to utilize her This School Year work as the basis for *Abbott Elementary* series.

7.  Defendants have made millions in profits from their knowing infringement of Plaintiff's copyrighted works.

8.  As a result of Defendants' infringement of Plaintiff's copyrighted works, Plaintiff *See*ks damages, including, *inter alia*, an accounting of profits by Defendants, damages and lost profits of Plaintiff, costs, and attorneys' fees; or, at Plaintiff's election, statutory damages. Plaintiff also *See*ks equitable relief, including preliminary and permanent injunctive relief, and impoundment and destruction of the infringing articles, to prevent further violations of Plaintiff's rights under the Copyright Act of 1976, as amended, <u>17 U.S.C § 101</u> *et seq*. Furthermore, because Defendants willfully and deliberately infringed upon Plaintiff's copyrighted works, Plaintiff *See*ks an award of attorneys' fees and costs pursuant to <u>17 U.S.C. § 505</u> along with credit for creating and writing the original source material.

## PARTIES AND JURISDICTION

9.  Plaintiff is a resident of New York City, New York.

10. The American Broadcasting Company is a New York based corporation. It maintains corporate Headquarters in New York located at 77 West 66th Street, Fifth Floor, New York NY 10023-6298. AMERICAN BROADCASTING COMPANIES, INC. (DOS# 1095963) is a business entity registered with the State of New York, Department of State (NYSDOS). The business filing date is July 8, 1986.

11. Upon information and belief, Defendant Delicious Non-Sequitur Productions, LLC is a California based company with its principal place of business at 3783 COLLEGE AVE, SAN DIEGO, CA 92115-7013 (SAN DIEGO COUNTY). Delicious Non-Sequitur is registered as a Foreign Limited Liability Company in the State of Delaware. The corporation number is #3208109.

12. Upon information and belief, Defendant Blue Park Productions (hereafter "BPP") is a Black woman owned production company that whose mission is to "[e]ncourage and train the next generation of black female identifying creatives so they can develop unique projects and their own media production companies."

13. Blue Park Productions is an "incubator and facilitator for talented black women to sell their original ideas and series to television networks and streaming platforms.

14. BPP claims that "our collective has over 100 years of combined experience. Together we have over 10,000 hours of programming for major networks and produced over 100 series ranging from reality television to branded content movies."

15. Upon information and belief, Defendant Shavon Sullivan Wright is a New Jersey resident who resides in the State of New Jersey.

16. Upon information and belief, Defendant Cherisse Parks is a Pittsburgh resident who resides in the State of Pennsylvania.

17. Upon information and belief, Defendant Patrick Schumacker is a California resident who resides in Los Angeles, California.

18. Upon information and belief, Defendant Justin Halpern is a California resident who resides in Los Angeles, California.

19. Upon information and belief, Defendant Quinta Brunson is a California resident who resides in Los Angeles, California.

## JURISDICTION AND VENUE

20. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332 and 1338(a).

21. This Court has personal jurisdiction over each of the Defendants because Defendants have conducted business in the State of New York and purposefully availed themselves of the benefits and laws of the State of New York.

22. Upon information and belief, examples of Defendants ABC, Brunson, Schumaker and Halpern conducting business in the State of New York and purposefully availing themselves of the benefits and laws of the State of New York include producing, marketing, promoting, selling, and streaming the *Abbott Elementary* television series throughout the State of New York.

23. Upon information and belief, examples of Defendant BPP conducting business in New York include "the creation and production of over 10,000 hours of programming for network television." (*See* BPP Mission Statement attached hereto as Exhibit A). attached hereto.

24. Upon information and belief, examples of Defendant Wright conducting business in New York include producing multiple television shows for network television including for

Defendant ABC, along with Hulu, Starz, Netflix and many others. (*See* Defendant Wright's Work Credits attached hereto as Exhibit B).

25. Upon information and belief, examples of Defendant Parks conducting business in New York include producing television shows for BET, NBC, CBS, MTV, ABC and others. (*See* Defendant Parks Work Credits attached hereto as Exhibit C.)

26. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and (c), and 1400(a).

**FACTS**

**A.  Ms. Davis Created and Owns the Copyrighted Works**.

27. Plaintiff is a rising Jamaican American writer, actor and performer in NYC. Plaintiff is also a licensed New York City School teacher. She has been working in education for over seven years and is entering her eighth year of teaching in the New York City public school system.

28. Plaintiff comes from a family of teachers. Four of them are veteran teachers each with over 15 years of experience. The dedication of her family members inspired Plaintiff as a teacher and as a writer and was the primary motivation for creating *TSY*.

29. The lead character in *TSY*, Ms. Camille Davis is named after Plaintiff's cousin who inspired Plaintiff and pushed her to become a teacher after she volunteered in her cousin's classroom.

30. Plaintiff created This School Year based on her experience as a licensed New York City school teacher.

31. Many of the show's elements, characters, plot lines and scenarios come directly from her daily teaching experiences and encounters with other teachers, her school's administration, and her students.

32. In addition to teaching, Plaintiff, is, and has been for many years, a step coach. She teaches children how to perform and execute complicated step routines. This aspect of the Plaintiff's life was co-opted by defendants into the story lines of *Abbott Elementary* who placed a step coach story line for the lead character into their show.

33. Ms. Davis created This School Year (*TSY*) in 2018 and registered it on March 6, 2020, with the United States Copyright Office under Copyright Registration No. PAu004020233: (the "Copyrighted Works" or "Works").

34. Plaintiff's Copyrighted Works are registered as a "Work of the Performing Arts."

35. Plaintiff also registered *TSY* with the Writers Guild of America ("WGA") on March 6, 2020, under Registrations ID No. 2044382. (*See* WGA Registration ID Summaries, attached hereto as Exhibit D).

### B.  There is a substantial similarity between Plaintiff's This School Year and Defendants' *Abbott Elementary*

36. *TSY* is a television comedy set in New York City P.S. (public school) 311. In the pilot script created by Ms. Davis, the three lead characters are excited to commence their second year as teachers. Still 'newbies,' they are bright, witty, engaged and ambitious to perform their duties.  However, upon arriving at the school they learn that there is a new principal. Shortly thereafter they discover that the new principal has blown a significant portion of the school budget to hire filmmakers to create a documentary of the school. This leads to *TSY*'s mockumentary, single-camera style.

37. While the mockumentary style has been used in other television shows – most notably in the television series The Office – it had never been used to capture the unique characters and characteristics of a public elementary school.

6

38. There is constant tension in *TSY* between an oblivious, self-aggrandizing new principal who is convinced everything is going well while the new teachers – including the lead character, Ms. Davis – are left to struggle and face insurmountable daily difficulties while remaining dedicated to their profession. The principal insists that the school is well-controlled and that the teachers and students will adhere to her agenda. However, the teachers, staff and students have their own agenda, especially Ms. Davis, the main character.

39. In *TSY*, the lead character, Ms. Davis, is a young, idealistic teacher hoping to get tenure for herself meanwhile battling to convince colleagues that the school needs to be reformed.

40. The conflict between her passion and the powers that be is the core of *TSY*.

41. For example, as Ms. Davis struggles with the paucity of support and supplies, the principal decides it is more important to spend the school funds to hire a film crew than it is to purchase books and school supplies.

42. Likewise, in *Abbott Elementary* there is a constant tension between an oblivious, self-aggrandizing new principal – in one episode she uses school funds to create a banner with her image on it – while the new teachers are left to struggle and face daily challenges while they remain dedicated to their profession.

43. The slug lines are identical. The plots are identical. The settings are identical except for the fact that Plaintiff's inner-city school is in New York City (*TSY*) and the defendants' inner-city school is in Philadelphia.

44. When Plaintiff pitched her script to Defendant Blue Park Productions, she presented one plot where the new principal steals the lead character's cherished desk, igniting a quest to *See*k its return.

45. One of the main plot lines in the initial episode of *Abbott Elementary*, the new principal steals the lead character's cherished classroom rug, also igniting a quest to get her rug returned.

46. The main characters are also identical in tenor, tone and relationship to each other. The names are different but everything else about the characters is clearly lifted from Plaintiff's copyrighted work.

47. A listing of the numerous and substantial similarities between the Plaintiff's *TSY* and Defendants' *Abbott Elementary* is attached hereto as Exhibit E).

### C.  The Defendants Had Access to Plaintiff's Copyrighted Work.

48. In mid-June through July of 2020, the Plaintiff contacted Shavon Sullivan Wright and Cherisse Parks at Blue Park Productions *See*king a production company to assist in bringing her copyrighted show to market.

49. Plaintiff had researched Defendants BPP, Parks and Wright and was excited by their mission statement, which was to "[e]ncourage and train the next generation of black female identifying creatives so they can develop unique projects and their own media production companies."

50. Defendants BPP, Parks and Wright told Plaintiff that BPP is an "incubator and facilitator for talented black women to sell their original ideas and series to television networks and streaming platforms."

51. Defendants BPP, Parks and Wright told Plaintiff that they had substantial experience programming for network television and had produced over 100 series for TV. Defendants Parks and Wright specifically told Plaintiff that they had "connections" with ABC and Hulu.

52. From their initial contact, Defendants BPP, Parks and Wright held themselves out to Plaintiff as professional producers who would work with her to help her develop her television show.

53. On June 15, 2020, Defendant Wright sent a Non-Disclosure Agreement (NDA) to the Plaintiff for signature.

54. On June 15, 2020, Plaintiff signed and returned the NDA to Defendant Wright.

55. On June 15, 2020, under cover of separate email, Plaintiff emailed a copy of her script for *TSY* and the "story bible" to Defendant Wright.

56. Over the course of the next month, the Plaintiff and Blue Park Productions had at least three meetings regarding Plaintiff's script for *TSY*.

57. On June 16, 2020, Defendant Wright acknowledged receipt of the script via email.

58. On June 21, 2020, Defendant Wright wrote to Plaintiff telling her that they needed more time to read the script "in depth."

59. On June 30, 2022, Plaintiff emailed Defendants with updates to the script and story ideas for episodes.

60. On July 12, 2020, Defendant Wright emailed the Plaintiff to set a meeting for that Friday.

61. The meeting between Plaintiff and Defendants Park and Wright was held via Zoom on July 12, 2020.

62. Defendants Wright and Parks reiterated their excitement regarding Plaintiff's script and story idea for *TSY*.

63. Defendants Wright and Parks told the Plaintiff that they would be able to present her work to noteworthy television outlets including HULU, ABC, and others.

64. Defendants Wright and Parks repeatedly expressed that they had connections at HULU and were aware that HULU and ABC were looking for <u>Black, female-led comedies</u>.

65. Defendants Wright and Parks gave Plaintiff "notes" on the script and promised that they would meet again after Plaintiff incorporated their notes and returned a revised script to them.

66. Defendants Wright and Parks urged Plaintiff to make revisions quickly so that they could present her idea to these outlets during upcoming pitch season.[1]

67. Plaintiff went straight to work incorporated the revisions and notes from Defendants Wright and Parks.

68. Plaintiff sent the revised script to Blue Park Productions.

69. Plaintiff waited for a response from Defendants Wright and Parks.

70. To this day, Defendants Wright and Parks have never responded.

71. It was during this time that upon information and belief, Defendants Wright, Parks and Blue Park Productions took Plaintiff's script and storybook and presented *TSY* to their "connections" at HULU, ABC and others.

72. In September 2020, just months after Plaintiff met with Defendants Wright and Parks, ABC committed to a "put pilot," for a new, mockumentary style Black female lead comedy based on public school teachers struggling to manage their careers, their students, and the never-ending challenges of public-school administrators.

73. In February of 2021, ABC gave the project an official pilot order and pre-production began follow by production of the pilot episode.

74. In May 2021, ABC ordered the full season of the new project.

---

[1] The annual life cycle for network television includes a summer "pitch season" when creatives pitch ideas to networks and other outlets, followed by offers, pre-production and production of pilots.

75. On August 16, 2021, Defendants Delicious Non-Sequitur Productions and ABC Television commenced production on *Abbott Elementary*, a new, Black, female-led comedy with all the aforementioned similarities to Plaintiff's script and story bible for *TSY*.

### D.  Defendant Brunson's Pitched her "Idea" for a TV Show After Plaintiff Met with Defendants BPP, Parks and Wright

76. Defendant Brunson pitched the concept for Abbott Elementary (originally Harrity Elementary) to ABC in September of 2020 – 4 months after Plaintiff presented her script and story bible to Defendants BPP, Parks and Wright.

77. Defendant Brunson has publicly stated that she did not a have script when she pitched the concept to ABC.

78. Defendant Brunson states: "ABC was the one we wanted to sell to, and we sold it to ABC. After that [there] was more development, developing the pilot, because at that point all you have is your pitch document. I didn't sell a pilot; I just sold the pitch." (*See* Defendant Brunson's Press Excerpt attached here to as Exhibit F).

### E.  There is a Substantial Connection Between Defendants ABC Television and Defendants Wright and Parks.

79. Defendant BPP advertises itself as a Black woman owned production company that whose mission is to "[e]ncourage and train the next generation of black female identifying creatives so they can develop unique projects and their own media production companies."

80. BPP is an "incubator and facilitator for talented black women to sell their original ideas and series to television networks and streaming platforms."

81. BPP claims that "our collective has over 100 years of combined experience. Together we have over 10,0000 hours of programming for major networks and produced over 100 series ranging from reality television to branded content movies."

82. Defendant Shavon Wright, who has refused to respond to Plaintiff's Amended Complaint, is a television producer with substantial network television credits.

83. After being served with Plaintiff's complaint, Defendant Wright shut down her website for BPP.

84. Fortunately, Plaintiff had captured screen shots from BPP describing Defendants' BPP, Parks and Wright's Mission, History and Purpose enabling Plaintiff to present this evidence. (*See* Defendant BPP's Mission Statement Attached hereto as Exhibits A *supra*).

85. Defendant Wright's credits include producing television shows in 2019 and 2020 for ABC TV and 2021 and 2022 for Hulu. (*See* Defendant Wrights Work Credits attached hereto as Exhibit B *supra.)*

86. Defendant Parks has also produced numerous network television shows including for Defendant ABC TV. (*See* Defendant Parks' Work Credits attached hereto as Exhibit C *supra*.)

**F.   There is a Strong Connection Between Defendants
Brunson and Defendant Wright**

87. Defendant Quinta Brunson worked as a full-time employee at Buzzfeed from 2014 until 2018 where she "wrote, produced and starred in many sketches." (*See* Exhibit G attached hereto).

88. Defendant Wright also had a substantial role at Buzzfeed during this time. In 2017, she was production coordinator for a full season where she "Created a 3.1 million budget for the

Netflix series In the Know." She "Collaborated with Buzzfeed executives to launch weekly serialized show." (*See* Exhibit G attached hereto).

89. Furthermore, Defendants Wright and Brunson are alumnae of the same alma mater: Temple University in Pittsburgh, Pennsylvania.

### G.  Defendants Knowingly and Willfully Infringed Ms. Davis's Copyrighted Work.

90. In addition to the number of characters, storylines, and scenes that are strikingly and substantially similar, Defendants *Abbott Elementary* also copied the look and feel of the inner-city school, the mockumentary style, unique plot synopsis, set design and unique characters from the Plaintiff's Copyrighted Work without authorization or consent.

91. Several scenes and lines in *Abbott Elementary* involve discrete, identical copying from Plaintiff's Copyrighted Work – any one of which clearly demonstrates that the *Abbott Elementary* scenes are direct copies of *TSY*.

92. Plaintiff drew upon her own experiences as a teacher to create the pilot script and story bible for *TSY*. The depth, richness and authenticity of the characters and plot lines were drawn from her own life and professional experiences.

93. One stunning example is that the Plaintiff is a long time "step coach." *Abbott Elementary* stole this concept and created an episode where Defendant Brunson's character claims that she is a step coach and teaches step to her children.

94. There are numerous other examples of the striking similarity between the *TSY* and *Abbott Elementary*.

95. One or two similarities could be coincidence but the number and depth of similarities between Plaintiff's copyrighted work and the series Defendants television series can only be deliberate.

96. Attached hereto as Exhibit "H" is a copy of the synopsis and first episode breakdown of Plaintiff's script for *TSY* and Defendants *Abbott Elementary* synopsis where one can *See* the substantial and striking similarities between the two works.

97. The similarities between Plaintiff's copyrighted work and Defendants' *Abbott Elementary* are even more striking when one reviews the initial concept pitched by Defendant Brunson to Defendant ABC.

98. Defendant Brunson's original script was titled *Harrity Elementary*. Defendant Brunson submitted a script and a synopsis of *Harrity Elementary* to Defendant ABC.

99. The synopsis for *Harrity Elementary* is even closer to Plaintiff's copyright work.

100.     Harrity Elementary "follows a group of teachers brought together in one of the worst public schools in the country simply because they love teaching. They will relay on one another to make it through the day and find a way to counteract the school district's bullsh*t attitude towards educating children." (*See* copy of the Harrity Synopsis attached hereto as Exhibit I).

## **COUNT I**
### (Defendants' infringement of Copyright
### Registration No. PAu004020233)

101.     Plaintiff repeats and re-alleges the assertions contained in the paragraphs above.

102.     Plaintiff owns all rights, title, and interest in and to Plaintiff's U.S. Copyright Registration No. PAu004020233 ("PAu004020233").

103.     Defendants, without permission, license, authorization, or consent from Plaintiff, have copied, sold, distributed, advertised and streamed and are currently copying, selling, distributing, advertising, and streaming *Abbott Elementary*, which is strikingly and substantially similar to, and based upon, PAu004020233.

104.    With knowledge of Plaintiff's Copyright Work PAu004020233. Defendants have rendered substantial assistance to each other's acts of infringement as described above and are each thus jointly and severally liable for the infringement of PAu004020233.

105.    Defendants have thereby knowingly infringed PAu004020233.

106.    Defendants' infringing acts were committed with knowledge or in reckless disregard of Plaintiff's rights in PAu004020233 under the Copyright Act.

107.    The aforementioned acts by Defendants have damaged and, if not enjoined, will continue to damage Plaintiff, and cause irreparable harm for which Plaintiff has no adequate remedy at law.

108.    Plaintiff is thus entitled to preliminary and permanent injunctive relief pursuant to 17 U.S.C. § 502 prohibiting Defendants from infringing Plaintiff's copyrights, including but not limited to an injunction prohibiting Defendants from (a) imitating, copying, or making any unauthorized use of PAu004020233in any manner, and from publishing, distribution, selling, marketing, building, or otherwise disposing of any copies of PAu004020233, and for making any derivative works of PAu004020233 in the form of a second series or otherwise; (b) manufacturing, producing, distributing, circulating, selling offering for sale, advertising, promoting, or displaying any copy or colorable imitation of Plaintiff's registered copyright PAu004020233; and (c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Plaintiff's copyright PAu004020233, in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, distribution, circulation or distribution of any product or service.

109.    Defendants' intentional and unlawful copying of PAu004020233 has allowed them to receive profits and gains to which they are not entitled.

110.    Upon information and belief, Defendants have made substantial profits and gains from *Abbott Elementary* that they are not entitled to retain.

111.    Plaintiff is entitled to recover from Defendants all damages Plaintiff has and may later sustain due to Defendants' improper conduct copying of PAu004020233, or statutory fees at Plaintiff's election, in an amount to be proven at trial, pursuant to 17 U.S.C. § 505.

112.    The actions of Defendants have been willful and deliberate and justify an award of attorneys' fees and costs to Plaintiff pursuant to 17 U.S.C. § 505.

113.    Plaintiff is also *See*king public acknowledgement of her original story idea and writing and creator credit for her work.

WHEREFORE, Plaintiff respectfully requests that the Court:

a.  Enter judgement that Defendants have infringed upon Plaintiff's copyrighted works;

b.  Direct Defendants to pay Plaintiff such damages as the jury determines Plaintiff has sustained in consequence of Defendants' infringing Plaintiff's copyrights, and to account for all gains, profits, and advantages derived by Defendants by their infringements of Plaintiff's copyrights under 17 U.S.C. § 504(b), or at Plaintiff's election, statutory damages under 17 U.S.C. § 504(c);

c.  Preliminary and permanently enjoin Defendants, their officers, directors, agents, partners, employees and related companies, and all persons acting for, with, by, through, or under them, from copying streaming, reproducing, distributing, advertising, promoting, offering for sale, or selling *Abbott Elementary* or any other work

substantially similar to the Copyrighted Work, including production, publication, distribution, sale, and/or marketing of a second "*Abbott Elementary*" series;

d. Order Defendants to deliver up to be impounded during the pendency of this lawsuit under 17 U.S.C. § 503 all copies of the Copyrighted Works in Defendants' possession or under Defendants' control and to deliver up for destruction all infringing copies, including but not limited to the immediate ceasing of any *Abbott Elementary* streaming on any streaming platform;

e. Direct Defendants to pay Plaintiff costs of this lawsuit and her reasonable attorneys' fees allowable to her by the Court under 17 U.S.C. § 505;

f. Award Plaintiff such other and further relief as the Court may consider appropriate; and

g. Plaintiff requests a jury trial as to all matters other than the equitable remedies sought herein.

Respectfully submitted this 31st day of March 2023.

THOMPSON LAW, P.C.

Walter John Thompson
New York State Bar No. 3390562
565 Fifth Avenue, Suite 721
New York, New York 10017
Telephone: (646) 922-8900
Facsimile: (212) 672-1131
wjt@thompsonlawnyc.com
*Counsel for the Plaintiff Christine Davis*

# EXHIBIT A

# BLUE PARK PRODUCTIONS MISSION STATEMENT



**EXHIBIT B**

**SHAVON WRIGHT WORK CREDITS (partial)**





**EXHIBIT C**

**CHERISSE PARKS WORK CREDITS (partial)**



**EXHIBIT D**

**PLAINTIFF'S WGA AND COPYRIGHT REGISTRATION RECEIPTS**

---

Registration Confirmation  Inbox ×

 ipr@wga.org                                    Fri, Mar 6, 2020, 8:09 PM
to me ▾

**Confirmation for registration number:** 2044382

**Effective Date:** 3/6/2020
**Expiration Date:** 3/6/2025

**Title:** This School Year
**Filename:** This School Year - PILOT.pdf

**Registrant:** Christine Davis
**Amount Charged:** 20
**Credit Card #:** XXXXXXXXXX-9076

Confirmation has been sent to all email addresses provided for this transaction.

Should you have any questions regarding your renewal transaction, please send a copy of your photo ID along with your written request to the WGAW Registry at 7000 West Third Street, Los Angeles, California 90048 or directly to our office by fax to (323) 782-4803.

Sincerely,
**WGA**WEST Registry

**EXHIBIT D**

**PLAINTIFF'S WGA AND COPYRIGHT REGISTRATION RECEIPTS**



**EXHBIT E**

**Substantial Similarities**
**Plot, Characters, Dialogue, Setting and Theme**

1. Both works have *young, African American, female, lead characters* who are enthusiastic about teaching but frustrated by the system.

   - In *This School Year*, the lead character is Ms. Davis: "Hi, my name is Camille Davis and I'm a second-year teacher. Last year was quite the journey for me but I'm back another year stronger and wiser…I'm looking forward to growth and success with our students. I'm excited to be teaching social studies again.

   - In *Abbott Elementary*, the lead character is Ms. Teagues: "I'm Janine Teagues. I've been teaching second grade here at *Abbott Elementary* for a year now. And as a product of the Philadelphia school system, I'm proud to say I survived and now teach here today."

2. In both works, *the main characters use nearly identical speeches* to express their frustration and their optimism about teaching in a challenging inner-city school.

   - In *This School Year*, Ms. Davis says, "You know I love the kids. Last year was rough, but I'm feeling optimistic about *This School Year*."

   - In *Abbott Elementary*, Ms. Teagues mimics her frustration and hopefulness, "Look, I know this school is rough, but I became a teacher to make sure students come out alive. And after learning a lot in my first year, I finally feel on top of things."

3. In both works, *the lead characters are step coaches*. Not chess club, not cheerleading, not school paper coaches but step coaches, a rarer and more unique talent.

   - In *This School Year*, Ms. Davis is mistakenly asked to lead the cheer team: "Hey, Ms. Davis, I was wondering if you can lead the school culture committee since you already have the cheer team and all?" Ms. Davis corrects her: "Hey Ms. Lyons. Of course. Step Team. It's a Step Team. It is per session, right?

   - In *Abbott Elementary*, episode 9, titled "Step Class" shows Ms. Teagues as the school's step coach and she teaches the children how to step.

4. Both works use the same name for the main character's love interest.

   - In *This School Year*, the Plaintiff comically named her main character's love interest Mr. Wright.

- In *Abbott Elementary*, the character with the crush on the lead is named Gregory Eddie. However, in the initial draft for the pilot, Defendant Brunson also named her main character's love interest Mr. Gregory Wright.

5.     Both works initial episodes *have the same theme of set up and disappointment* about a "Big Surprise" in their opening episode:

- When Ms. Davis in *This School Year* finds out the big "surprise" is a new principal she exclaims: "I honestly thought the surprise was for new textbooks, supplies…You know the necessities for our children."

- Ms. Teagues in *Abbott Elementary* thinks the "surprise" is going to be supplies for her children and a rug for her classroom but is shocked when the surprise is revealed to be a billboard for the school with the principal's picture prominently displayed.

5.     Both works *have opening episodes with substantial plot points that center around the lead characters losing a crucial piece of their classroom furniture* and devising a plan to retrieve them.

- In *This School Year*, Ms. Davis' desk is taken from her classroom.

- In *Abbott Elementary*, Ms. Teagues loses her rug and spends the episode attempting to get a replacement.

6.     Both works *have elder teachers whom the young lead characters look up to.*

- In *This School Year*, Ms. Davis wishes to become tenured like the O.G. teachers;

- In *Abbott Elementary*, Ms. Teagues is constantly looking to the elder teachers for acceptance, she says to Ms. Howard, "Did you get my email about hanging together after school?"

**Dialogue**

7.     Both works have characters who *sing the same Whitney Houston song* in the opening episodes.

- In *This School Year*, Mr. Ryan joyfully sings: "I believe the children are our future. Teach them well and let them lead the way. Show them all the beauty they possess inside!"

- Principal Coleman sings in the hallway of *Abbott Elementary*, "I believe the children are our future…"

**Sequence of Events, Characters, Pace and Dialogue, Theme**

8.      In both works *the principals decided to bring camera crews into the school* to follow the teachers, students and administrators around. This is used to create the single-camera, cinema-verité look and feel for each show – an very unusual technique for TV comedies.

- In *This School Year*, Principal Lyons exclaims: "The camera crew will be here to document our journey this year and the progress we will make."

- In *Abbott Elementary*, Principal Coleman proclaims: "Whatchya all think about this little film crew I brought in here…exciting! We about to be on TV."

9.      In both works, *the principals got their jobs through sex scandals*.

- In *This School Year* when asked about the departed Principal, Mr. Ryan replies "Apparently, he got another position at a better school, but I think he's under investigation for a sex scandal with you know who."

- In *Abbott Elementary*, Principal Lyons tells the camera, "I go to the same church as the superintendent…caught him cheating on his wife with the deaconess…I needed a job."

10.     Both works *have principals that are self-centered, self-involved, and work against their staffs to their own purposes*.

- In *This School Year*, Principal Lyons describes Ms. Davis as "our fabulous math teacher." When Ms. Davis corrects her "I teach social studies" the principal replies, "that's not important right now."

- In *Abbott Elementary*, Miss Teagues tries to describe the principal, "Ava's our principal, she has a unique take on her job."

11.     In both works, *the principals' decisions are constantly undermining the efforts of the teachers*.

**Character and Theme**

12.     In both works *there is a love interest who has an undeniable crush on the main character but is too shy to come out and say it.*

- In *This School Year*, the love interest is comically named Mr. Wright.

- In *Abbott Elementary*, the character with the crush on the lead is named Gregory Eddie. However, in one of the earlier drafts for *Abbott Elementary*, the character was originally named Gregory Wright.

13.     Both works *have the same supporting characters for their leads*: white, second-year, history teachers who attempt to belong within the dominant black culture of the school.

- In *This School Year*, the white history teacher carries an urban dictionary to use slang. In one scene he must look up the word hater: "Hater – a two syllable…"

- In *Abbott Elementary*, the white history teacher talks about his trip to work in Africa. "Remember when I was in Zimbabwe working for Teachers Without Borders?" The lead character admonishes him to stop.

14.     Both works *have characters that were passed over for the principal position*.

- In *This School Year*, the Assistant Principal states "I have served this school for a long time. You would think I would be given the opportunity to be the principal."

- In *Abbott Elementary*, substitute teacher Mr. Eddie is introduced as a substitute teacher but tells the camera that he studied to be a principal. "I even interviewed here, and got it, but then, something happened."

15.     In both works, the lead characters are admonished by fellow teachers for their naivete and foolishness.

- In *This School Year*, Ms. Davis is told by her colleague "You came in here last year, trying to be the big sis cool teacher and look where that gotcha."

- In *Abbott Elementary*, the elder teacher leans over to Ms. Teagues and says "How's that optimism taste" after it is revealed the money for books and rugs was spent on the billboard.

16.     Both works *have older, more experienced teachers who warn the lead characters* not to be taken advantage of by the system:

- In *This School Year*, Ms. Bees says to Ms. Davis ``Don't make this administration and these kids run you."

- In *Abbott Elementary*, Ms. Howard and Ms. Schemmenti caution Ms. Teagues about her rookie mistakes.

17.     Both works *there is a tension amongst the young teachers that make up the trio of second years*.

- In *This School Year*, Mr. West is often annoyed by Mr. Ryan (the White teacher) stating "He is a pain in my side.

- In *Abbott Elementary*, Gregory Eddie is often *See*n being annoyed by Jacob (the White teacher). Gregory invites Janine out to eat and Jacob invites himself.

Gregory labels the trio the "after school crew" which establishes the trio. Gregory is visibly annoyed. Gregory abandons Jacob in the teachers' lounge mid-sentence while Jacob says "that's why you and me gotta stick together…like coffee and creamer."

18.    Both works *use African American slang as a prominent plot/character device*.

- In *This School Year*, Mr. Ryan has an urban dictionary to look up slang. In the initial episode he looks up "Hater, two syllables – one who doesn't like to *See* another happy."

- In *Abbott Elementary*, Ms. Teagues teaches a class on slang to her students.

19.    Both works make *a joke about teachers going gray in their opening episodes*.

- In *This School Year*, Ms. Davis is told by her colleague "You came in here last year, trying to be the big sis cool teacher and look where that gotcha, you're growing gray hairs for crying out loud."

- Again, the reference to teachers growing gray hair is repeated in *Abbott Elementary*, when Ms. Barbara tells Ms. Teagues that "teachers are growing gray hairs because they cannot keep up."

20.    Both works *have older, more experienced teachers warning the lead characters not to be taken advantage of by the system*:

- In *This School Year*, Ms. Bees says to Ms. Davis "Here's a tip for you; rule number 1, be in on time; rule number 2, be out on time. Don't you dare stay a minute later."

- In *Abbott Elementary*, Ms. Howard and Ms. Schemmenti caution Ms. Teagues about her rookie mistakes.

21.    Both works *have Black Nationalist* characters.

- In *Abbott Elementary*, there is a student who is a Black Nationalist who refuses to stand for the national anthem and raised his fist in black solidarity.

- In *This School Year*, the character Dr. Black vents his frustration because the schools now use white boards instead of blackboards. Ms. Davis holds up her fist in black solidarity.

22.    Both works *extol the multiple tasks teachers face for a low salary*.

- In *This School Year* there is a speech by Ms. Davis about the multiple hats worn by teachers for only one salary that is copied nearly word for word in *Abbott Elementary*. In *This School Year*, Ms. Davis says, "We are teachers, counselors,

social workers, baby-sitters, parents, friends, referees all at the same time...one salary though."

- In *Abbott Elementary*, Ms. Barbara says, "Janine, teachers at a school like Abbott... we have to be able to do it all. We are admin. We are social workers. We are therapists. We are second parents. Hell, sometimes, we're even first. Why...It sure ain't the money."

**EXHIBIT F**

**HARRITY (ABBOTT) ELEMENTARY
PITCH/SCRIPT CREATION TIMELINE**





**EXHIBIT G**

**DEFENDANT BRUNSON/WRIGHT BUZZFEED CONNECTION**





**EXHIBIT H**

**SYNOPSIS COMPARISON**

**THIS SCHOOL YEAR** by Christine Davis

This School Year is a television comedy. The first season introduces the daily lives of school personnel, such as administration, teachers, and the students in New York City at P.S. 311. Principal Lyons convinces herself and the staff that the school is heading in a new direction and that the school is well controlled. To *See*k more grants, she hires filmmakers to film a documentary of the school. This school has been around for several years, and teachers have come and gone. The new principal has an agenda she wants everyone to follow. However, the teachers, staff, and students have their own agenda, especially Ms. Davis, the main character, is trying to convince everyone else that the school needs to be reformed and secretly wants to secure her spot as a tenured teacher. However, her principal is constantly striving to convince everyone else that everything is under control.

*ABBOTT ELEMENTARY* by Quinta Brunson

A group of dedicated, passionate teachers -- and a slightly tone-deaf principal -- find themselves thrown together in a Philadelphia public school where, despite the odds stacked against them, they are determined to help their students succeed in life. Though these incredible public servants may be outnumbered and underfunded, they love what they do -- even if they don't love the school district's less-than-stellar attitude toward educating children.

**EXHIBIT I**

**HARRITY ELEMENTARY SYNOPSIS**

ABC has handed its latest pilot to Quinta Brunson's workplace comedy *Harrity Elementary*. The single-camera project scored a put pilot commitment in September and now will aim to film a pilot over the next few months.

▌ PRIME TIME PILOT **PANIC!**

**Your Complete Guide to Pilots and Straight-to-Series orders**



Created by, starring and exec produced by *A Black Lady Sketch Show* star Brunson, *Harrity Elementary* follows a group of teachers brought together in one of the worst public schools in the country simply because they love teaching. They will rely on one another to make it through the day and find a way to counteract the school district's bullsh*t attitude toward educating children.

Justin Halpern and Patrick Schumacker, who co-created and executive produce DC Universe's Kaley Cuoco animated comedy *Harley Quinn*, exec produce via their Delicious Non-Sequitur Productions banner.

The studios are Warner Bros TV, where Halpern and Schumacker are under a deal, and 20th Television.

**EXHIBIT J**

**THIS SCHOOL YEAR SCRIPT**

THIS SCHOOL YEAR

Written by

Christine Davis

Itschristnedavis@gmail.com
347-736-6491
Copyrigt (c) 2020

**THIS SCHOOL YEAR**                "PILOT"

FADE IN:

Opening theme song: 30 second montage of teachers being teachers.

<u>INT. MS. DAVIS' CLASSROOM - DAY</u>

It's 8:30 AM, MS. DAVIS, Black, 23, naive, bothered, unenthused at the moment, sits at her desk. She bangs her head against a book repeatedly. She stops for a few and ponders.

                    MS. DAVIS
               (to the ceiling)                          *
          Why am I here? Do I not deserve
          more in life? I'm not trying to
          question you God. I mean, I'm just
          saying. I'm just asking you to get
          me through this school
          year...alive. No? OK.                          *
               (to camera)
          You guys don't know what it takes
          to be a teacher. What we go
          through. What I go through. I love   *
          teaching. I'll do anything for my
          students but guys, I think I'm
          losing my mind.

She resumes to her head banging. MR. WEST, Black, 24, tall,   *
joyful, sarcastic. He glides into Ms. Davis' classroom to
greet her. He sees her in distress and he is concerned. He
offers his aid immediately.

                    MR. WEST
          Hey, hey, hey. Oh my gosh. Are you
          okay?

Mr. West grabs the book and checks if it has been torn. Ms.
Davis' head is turned down not facing his direction.

                    MS. DAVIS
          Yeah, I'm okay.

                    MR. WEST
          Davis (beat) not you.

Mr. West pets the book.

                    MR. WEST (CONT'D)
          You poor baby.

Revision                                        2.

Ms. Davis snatches the book back from Mr. West.

                    MR. WEST (CONT'D)
              What are you doing? If you want a
              concussion, you have to bang your
              head a little harder. Gosh, I have
              to teach you everything. Look, like
              this.

Mr. West takes the book from Ms. Davis and attempts to bang
her head against the book. She snatches the book back and          *
shoves him aside. She screams from the top of her lungs.           *

                    MS. DAVIS
              Leave me alone!!!

                    MR. WEST
              Happy new school year to you too.

MR. RYAN, White, 24, a know it all, enthusiastic and really
the type to get directly underneath your skin, even to the
bones maybe. He walks in with half eaten fruit snacks, a
notebook, and a pencil in his shirt pocket.

                    MR. RYAN
              Oh she stopped? She's been doing
              that for a while now.

                    MS. DAVIS
              Only 5 minutes.

He glances at his watch.

                    MR. RYAN
              Actually 7.625 minutes.

                    MS. DAVIS
              Fine!

                    MR. RYAN
              I always win.

Ms. Davis gives Mr. Ryan a stern look and continues to bang
her head on the book.

                    MR. WEST
              Hey, hey, hey. Snap out of it. We
              are this much closer to the finish
              line. We just have one more year
              and booyah we are tenured baby.
              Then we can do whatever we want.

Ms. Davis rises up as if she is the head of an Italian mob.        *
She circles the room and sets the tone.

Revision                                          3.

INT. MOB SETTING - DAY

The background changes to a scene straight out of an Italian
mob story. Ms. Davis gives her best Italian impersonation.

                    MS. DAVIS
          That's a fact. We finally get to
          walk around with the OGs of the
          school. That means, we leave when
          we want. We take off days, without
          any questions. You get to fight
          evaluations...and win. They say
          knowledge is power. HAHAHAHAA!
          Tenure is power.

Ms. Davis and Mr. West do their buddy handshake. Ryan looks
on annoyed.

                    MR. RYAN
          What's the big deal with getting
          tenured?

Ms. Davis and Mr. West in unison gasps out of shock. She
continues on with her Italian accent impersonation.

                    MS. DAVIS
          What's the matter with you? Are ya
          living underneath a rock? It's
          every teacher's dream. You're
          invincible. Mr. Jenkins promised he
          will give it to me. I deserve it.
          It's just the thought of another
          school year right now is killing
          me. You know?

                    MR. WEST
          Davis, you can lose the accent now.

Davis looks on awkwardly.

INT. MS. DAVIS' CLASSROOM - DAY

Ms. Davis loses the Italian accent personation and the          *
background scene changes back to her normal classroom           *
settings.                                                        *

                    MR. WEST
          (beat) See Davis, you came in here       *
          last year, trying to be the big/sis
          cool teacher and look where that
          got ya? You're growing grey hairs.
                    (MORE)

Revision                                                        4.

                    MR. WEST (CONT'D)
          It's your second year for crying
          out loud. I've been trying to teach
          you the game but you don't listen.

                    MR. RYAN
          Mr. Jenkins?? Davis, Jenkins isn't
          here anymore. You clearly missed
          the memo...per usual.

Ms. Davis slowly approaches Mr. Ryan and shoves Mr. West to
the side out of her way.

                    MS. DAVIS
          What? What did you just say?

                    MR. WEST
          I think he said, correct me if I'm
          wrong, umm Jenkins isn't here.

He turns to Ryan.
          That's what you said right?

Mr. Ryan gestures Mr. West is correct using his pencil.

                    MR. RYAN
          Precisely!

It seems as if Ms. Davis was just stabbed in the back. She is
on the brink of tears.

                    MR. WEST
          ...and the oscar goes to...

                    MR. WEST (CONT'D)
             (to Mr. Ryan)
          She's so dramatic.

                    MR. RYAN
          I've learned.

                    MS. DAVIS
             (sobbing)
          Where did you hear this information
          from?

                    MR. RYAN
          Take an educated guess.

Ms. Davis and Mr. West look at each other and nod.

                    TOGETHER
          Teacher's lounge.

Revision                                        5.

                         MR. RYAN
               Ding ding ding. So just like any
               other day...

                                             CUT TO:


INT. TEACHER'S LOUNGE - AFTERNOON - FLASHBACK

Mr. Ryan stands by the broken copy machine. He makes himself
lok busy. Two teachers eat their lunch at the table.

                         MR. RYAN
                    (voiceover)
               I was minding my business making
               copies...

Ms. Davis interrupts.

                                             CUT TO:


INT. MS. DAVIS' CLASSROOM - DAY

                         MS. DAVIS
               Ryan, you're lying already. The
               copy machine doesn't even work.

Mr. Ryan thinks about it.

                         MR. RYAN
               Okay, I wasn't actually minding my
               business entirely.

                                             CUT TO:


INT. TEACHER'S LOUNGE - AFTERNOON - FLASHBACK

                         MR. RYAN
                    (voiceover)
               I know around 12:30 is when the
               heavy hitters hit the lounge, so I
               decided to stroll on over to hear
               the news for the day and that's
               when I heard.

                         MS. DAVIS
               Noo! This can't be true. Do you
               know how hard I worked my ass off
               last year? (beat) Why did he leave?

                    MR. RYAN
          Apparently, he got another position
          at a better school, but I think
          he's under investigation for a sex
          scandal with you know who.

                    MR. WEST
          Did they say who is replacing him?

                    MR. RYAN
          According to the agenda, we should
          find out more about this surprise
          in the next couple of minutes.

Ms. Davis runs over to the trash can picks up the crumbled
agenda. She screams.

                    MR. RYAN (CONT'D)
             (whispers to Mr. West)
          She's gone mad.

                    MR. WEST
          What a shame.

Ms. Davis finally stops screaming. She is angry.

                    MS. DAVIS
          That's what that is for? I honestly
          thought the surprise was for new
          textbooks, supplies...You know the
          necessities for our children.

                    MR. WEST
          This isn't good.

                    MS. DAVIS
          Exactly! How are we going to get
          tenured now? This school is always
          changing. Something new every
          minute. There's no consistency.

                    MR. WEST
          No, not that Davis. Now, I actually
          have to start writing lesson plans.
          This is horrible. What do those
          even look like?

Mr. West takes the book and he starts banging his head.

                    MS. DAVIS
          Give me the damn book.

Mr. West and Ms. Davis fights for the book. Mr. Ryan walks over to break it up but the entire ordeal is interrupted by the school's intercom. They freeze. It's the assistant principal.

                    AP JACKSON (V.O.)
               Good morning everyone. Please
               report to room 110 in the next 5
               minutes as if your life depended on
               it because it does. That is all.

                                             CUT TO:


INT. HALLWAY - DAY

Teachers of P.S. 311 rush down the hallway. Ms. Davis, Mr. West and Mr. Ryan walk down the hallway in unison in slow motion. They are calm.

                                             CUT TO:


INT. COMPUTER LAB - DAY

Teachers and staff rush in to grab seats and the room begins to fill quickly. Ms. Davis spots MR. PETERPOT, White, middle-aged, lazy and he is already half-sleeping in the meeting. Ms. Davis stares at him. She is disturbed.

                    MR. RYAN
               It's only 9:30 and Mr. Peterpot
               already pressed the snooze button.

                    MS. DAVIS
               He gets away with that, you want to
               know why he gets away with that?

                    MR. RYAN
               Let me guess? Tenured

                    MR. WEST
               Ding ding ding. He's a G! You, on
               the other hand, will be burned out
               if you continue to take this job
               seriously.

MS. SNOW, White, 24, walks through the door and discretely finds her seat.

                    MR. RYAN
               She's a new teacher. I can smell
               it. There goes your replacement
               Davis.

Ms. Davis watches as Ms. Snow takes out her books and pencils
ready to take notes. Ms. Davis straightens out the crumbled
agenda and flips it over. She pull the pen from Mr. Ryan's
shirt pocket and prepares herself to take notes.

AP JACKSON, Black, middle-aged, no non-sense type of woman,
never impressed unless she's doing the job herself walks in
and takes the floor. Teachers settle down.

                    AP JACKSON
              Welcome back to another school year
              at P.S. 311. I'm delighted.

AP JACKSON cracks a fake smile and resumes back to her
original demeanor.

                    MS. JACKSON
              Let's just get right to it. Say
              hello to your surprise, please meet
              your new principal. Principal
              Lyons.

PRINCIPAL LYONS, White, middle-aged, ditzy, walks in with a
huge grin on her face.

                    PRINCIPAL LYONS
              Hello everyone! I am so happy to be
              apart of this school. I am truly
              honored and thank you for welcoming
              me. I can't wait to start this
              journey with you all and get P.S.
              311 back in the running for one of
              the best schools in the district.
              As part of the district's plan to
              restore our school, we have been
              appointed to roll out a new
              initiative.

MS. BEES, Black, middle-aged, strong, fierce, straight-
forward individual mumbles.

                    MS. BEES
              I told ya they be on their B.S.
              This is crazy.

DR. BLACK, Black, middle-aged, super conscious, his mindset
is stuck in the 60's responds to Ms. Bees.

                    DR. BLACK
              They took out the Black man and
              brought in a White woman. Don't ya
              see? It's a conspiracy.

Revision                                        9.

                    PRINCIPAL LYONS
          The camera crew will be here to
          document our journey this year and
          the progress we will make. It's all
          apart of a new initiative and a new
          grant. This school year is going to
          be amazing. After introductions, I
          would like for all teachers to
          prepare for their respective
          department meetings.

A camera crew walks through the door and immediately starts
recording. Teachers react to the camera crew.

                    MS. DAVIS
          Is she serious?

MS. PARACINA, Latina, 25, miserable, sassy, well put
together, takes out her make-up and starts to apply her
lipstick.

                    MS. PARACINA
          I'm ready for my close-up.

Ms. Davis glances at Ms. Paracina in disgust. Ms. Paracina
continues to fix herself up. Mr. Ryan grows concerned for Ms.
Davis. He turns to Mr. West.

                    MR. RYAN
          Seems like you're going to be fired
          real soon.

                    MR. WEST
          Oh please. What about you?

                    MR. RYAN
          Oh no, she's going to like me.

They both turn to Ms. Davis.

                    BOTH
          Davis, can I have your desk?

                                        CUT TO:


INT. HALLWAY - DAY

The camera crew is interviewing Principal Lyons. AP Jackson
is a few steps beside her. Ms. Davis is seen in the distance
decorating her bulletin board.

Revision                                    10.

Principal Lyons' Interview:

                    PRINCIPAL LYONS
                Hello, my name is Nancy Lyons and
                I'm just super thrilled to get P.S.
                311 on the right track. I'm looking
                forward to watching our staff and
                students grow. It's going to be a
                wonderful year and many years to
                come. Our mission?

Stumped. She deflects the question for the first teacher she
could find.

                Oh, how about we have our fabulous
                math teacher share our mission? Ms.
                Davis...

Principal Lyons leads the crew to Ms. Davis as she is seen
decorating her classroom board. Ms. Davis waves the camera
off. She's reminded by AP Jackson, that it's the new order.
Ms. Davis straightens up once the thought of tenure came to
mind.

                    MS. DAVIS
                Social studies. I teach social
                studies.(beat) Our mission is to
                create a generation of students who
                will be the leaders of tomorrow.
                (beat) Oh right now, I'm working on
                my door to help students...

Principal Lyon interrupts.

                    PRINCIPAL LYONS
                Oh that's not important right now,
                we can get to that later. We have
                so much curriculum planning to do.

Principal Lyons laughs nervously. Ms. Davis lets out a
sarcastic laugh. She watches on as Principal Lyons leads the
camera crew down the hallway.

                                    CUT TO:

INT. MS. DAVIS' CLASSROOM – DAY

Ms. Davis' Interview:

                    MS. DAVIS
                Hi, my name is Camille Davis and
                I'm a second year teacher.
                    (MORE)

                    MS. DAVIS (CONT'D)
            Last year, was quite the journey
            for me but I'm back another year
            stronger and wiser. This school
            year, I'm looking forward to growth
            and success with our students. I'm
            excited to be teaching social
            studies again. (beat)
            You know, last year one of the
            deans thought I was a student, and
            had to call the principal to verify
            my status.

Ms. Davis laughs to hide the embarrassment.

                    CAMERA GUY
            Is it true you were always written
            up and in the principal's office
            last year?

Ms. Davis is uneasy and is shocked by the question.

                                        CUT TO:


INT. MS. DAVIS' CLASSROOM – DAY

                    MS. DAVIS
                (directly to camera)
            Now come on, I was a first year
            teacher. I had a lot to learn.
            Forgive me for what I've done. If
            you were a teacher, you would
            understand. I am not ashamed.

                                        CUT TO:


INT. HALLWAY – DAY

Ms. Davis directs her attention to Mr. Ryan. The fruit snacks
catches her attention.

                    MS. DAVIS
            Where did you get that from?

                    MR. RYAN
            They served breakfast.

> MS. DAVIS
> This is breakfast? This is a joke.
> We are teachers, counselors, social
> workers, baby-sitters, parents,
> friends, referees all at the same
> time...one salary though...and they
> give us fruit snacks?

> MR. WEST
> They're serving lunch now. Can we
> just go before it's all done?

Ms. Davis leads the group to lunch. Mr. West signals to Mr.
Ryan to give him some fruit snacks while Ms. Davis isn't
looking. The three make their way through the hallway to
serve themselves food.


INT. HALLWAY - AFTERNOON

The three begin to greet other teachers. They tiptoe pass the
main office to avoid the school's secretary, MS. PETTAY,
White, middle-aged deceitful woman. Ms. Davis and Mr. West
realize that they haven't officially clocked in.

> MR. WEST
> Did you move my card for me?

> MR. RYAN
> Yup, but I'm going to charge you
> next time.

> MS. DAVIS
> Did you move mine?

> MR. RYAN
> Ugh! I didn't see it.

> MS. DAVIS
> Really? Just know, the "sending bad
> students to my class" days are
> over. Finito. Since it's clearly
> every teacher for themselves.

> MR. RYAN
>      (frowns)
> I would like to renegotiate.

Ms. Davis straightens herself out and walks in. The other two
watches the entire ordeal.

> BOTH
> ...and action!

INT. MAIN OFFICE - AFTERNOON

She approaches Ms. Pettay's desk. Dr. Black is seen dumping white paper in the trash and looking for black paper.

                    MS. DAVIS
          Good morning Ms. Petty, I mean
          Pettay, Pettay. Sorry...so sorry.
          Hard to pronounce sometimes. It's a
          long "a" I see. (beat) Did you see
          my card? Because I was here on time
          and I didn't see it. I figured I
          would just move it later, maybe it
          was mixed up...

                    MS. PETTAY
          Save it Davis. We are going to
          start this school year on a good
          note. All you have to do is stay on
          my good side and of course show up
          to work on time.

                    MS. DAVIS
          OK. It won't happen again. Thank
          you so much Ms. Pettay. I couldn't
          imagine working here without you.
          You're always looking out for me.
          (beat) You're going to order me a
          new white board right?

Dr. Black interrupts.

                    DR. BLACK
          Why we have to call it the
          whiteboard? It use be called the
          blackboard. But you know what, the
          whiteboard ain't saying nothing til
          you add some dry erase markers of
          COLOR to it. Don't let that go over
          your head.

Ms. Davis uneasily throws up the black fist and redirects her attention to Ms. Pettay.

                    MS. PETTAY
          Yup, I'm placing the order for you
          right now.

                    MS. DAVIS
          You're the best. I'm going to grab
          some lunch before the department
          meeting starts. See you later.

Revision                                      14.

                    MS. PETTAY
          No problem Davis. You're like one
          of my own.

Ms. Davis turns around and rolls her eyes, then smiles. She
walks out of the office and makes a face to her friends. Ms.
Pettay speaks out loud. She resumes back to placing her new
shoe order.

                    MS. PETTAY (CONT'D)
          She's not going to last this school
          year.

                                          CUT TO:


INT. HALLYWAY - AFTERNOON

                    MR. WEST
          ...and scene. Great job. That was
          really good. Listen, I want to be
          your talent manager. You can make
          it in Hollywood.

Mr. West fixes Ms. Davis' hair and clothes.

                    MR. WEST (CONT'D)
          Next time, deliver your lines a lot
          faster...because the food is
          running out for crying out loud. I
          hear they have bagels.

                    MR. RYAN
          Girl, that was amazing. Are you
          sure, you're in the right
          profession? You should be an
          actress.

                    MS. DAVIS
          Shut up, both of you. You know you
          have to fake it to survive here.

The three continue to walk down the hall and greet familiar
faces.

Ms. Bees screams Ms. Davis' name from down the hall. Mr. Ryan
and Mr. West quickly move along towards the food leaving Ms.
Davis behind.

                    MS. BEES
          Davis!! Honey, it's good to see
          you. So you decided to return and
          be back in the trenches. I thought
          I wasn't going to see you again.
                    (MORE)

Revision                                              15.

                        MS. BEES (CONT'D)
          You see the B.S they are giving us
          to start the new year? Girl, I
          always tell you, don't make this
          administration and these kids run
          you. You run them. Don't worry,
          I'll be here for your support.
          Here's a tip for ya. Rule number 1,
          be in on time. Rule 2 be out on
          time. Don't you dare stay a minute
          later. Rule 3, if they have the
          audacity to even ask you to stay
          pass your contractual hours, you
          respond with one question "per
          session?" You understand?

                        MS. DAVIS
          Yes Ms. Bees.

                        MS. BEES
          Always remember they don't want you
          to have prep time but they want you
          to do overtime. Did you hear what I
          said? Say it with me.

                        BOTH
          They don't want you to have prep
          time but they want you to do
          overtime.

                        MS. BEES
          You got it?

                        MS. DAVIS
          Yeah, thanks Ms. Bees. I appreciate
          it.

                        MS. BEES
          Don't get got Davis.

Ms. Davis ponders on her words. She begins to repeat them to
herself. Ms. Bees walks off towards the direction of the
teacher's lounge. Ms. Davis catches up with Mr. Ryan and Mr.
West. She glances at the table to witness the pathetic food
that is lined out.

                        MS. DAVIS
          I work too damn hard just to have
          some 1st grade snacks. C'mon man.

Ms. Davis goes to pick up one of the fruit snacks just to
collide with MR. DONET, stubby who has a handful of them in
his hands. He takes it out of her hand.

                    MR. DONET
          Ahh! What? Don't give me that look.
          It's every teacher for themselves.

She watches him walk off.

                    MR. RYAN
          I told you to get lunch first.

Ms. Davis gives Mr. Ryan a stern look and snatches the fruit
cup from him.

                    MS. DAVIS
          Thank you very much.

                    MR. RYAN
          You're not welcome.

MR. WRIGHT, Black, 24, tall, sweet, kind, generous,
beautiful, english teacher, waited for his turn to get Ms.
Davis' attention. He makes his move.

                    MR. WRIGHT
          Hey Davis, I saved you a bagel. I
          know you love raisin bagels.

                    MS. DAVIS
          Thanks, that was so sweet of you.

                    MR. WRIGHT
          No problem. Catch you in the
          meeting.

Mr. Wright walks off from the group.

                    MR. WEST
          I really don't see what you see in
          this man.

                    MS. DAVIS
          You're such a hater.

                    MR. WEST
          Hater?

Mr. Ryan pulls out his slang book and vigorously searches for
the appropriate page.

                    MR. RYAN
          Oh yes. Hater - 2 syllables. One
          who doesn't like to see another
          happy. I'm sure you can figure it
          out if you apply context clues.

Revision                                                17.

A staring match ensues between the two.

                                                  CUT TO:


INT. HALLWAY - AFTERNOON

MR. LEWIS, Black, middle-aged, a genuine and caring
individual is one of the school's janitors. He is stacking up
the chairs in the room. He would do anything for the teachers
who truly care. He exits the class and walks right into the
trio.

                    MR. LEWIS
          The three musketeers, starring the
          beautiful Ms. Davis as the ring
          leader. How ya doing woman?

                    MR. WEST
          I actually thought I was the
          leader.

                    MR. RYAN
          Oh heavens no. That would be me but
          this is why we need contracts,
          documentation. I don't believe I
          signed off on that either.

                    MS. DAVIS
          Oh be quiet you two. I started
          this. There's no us without me.

                    MR. LEWIS
          It looks like you're ready for this
          school year. 1 down and 29 more
          left to go right?

                    MS. DAVIS
          Who the hell?

                    MR. LEWIS
          C'mon, the kids love you.

                    MR. WEST
          That's not what they tell me.

Ms. Davis shoots Mr. West a deadly stare.

                    MR. WEST (CONT'D)
          Oh, they tell me how awesome you
          are all the time.

                    MS. DAVIS
          That's exactly what I thought.

Revision                                                          18.

                    MR. LEWIS
          C'mon, they love you and you're a
          great teacher. I know you came back
          for a reason, because they love
          you.

                    MR. RYAN
          No, it was actually to get tenured.

Ms. Davis kicks Mr. Ryan in the leg.

                    MS. DAVIS
          You know I love the kids. Last year
          was rough, but I'm feeling
          optimistic about this school year.

                    MR. LEWIS
          How do you like your new desk? I
          put it in your room early this
          morning.

                    MS. DAVIS
          I love it. Thank you so much Mr.
          Lewis. You're always looking out
          for me.

                    MR. LEWIS
          Of course. Have a blessed day.

The three walk off down the hall. Mr. West suddenly remembers
he hasn't started creating any lesson plans and runs into the
lounge.

                    MR. RYAN
          Miserable teacher approaching.
          Proceed with caution.

Ms. Paracina looks at Mr. Ryan and greets Ms. Davis.

                    MS. PARACINA
          You're back this year. I see.

                    MS. DAVIS
          Yes. I can't wait for another great
          year of planning with you an our
          students.

                    MS. PARACINA
          OMG. Me too.

Mr. Ryan stares at the both of them. Ms. Paracina walks off.

Revision                                                    19.

                    MR. RYAN
          And....scene. You're a natural. I
          definitely think you're ready for
          the big screen.

                                                CUT TO:


INT. HALLWAY - DAY

Ms. Davis and Mr. Ryan turns down a different hallway and Ms.
Davis spots Mr. Wright and Ms. Snow. She immediately pulls
Mr. Ryan back to conceal themselves. Ms. Davis pokes her head
around the corner and Mr. Ryan pokes his head out afterwards.
Mr. Wright shows Ms. Snow to her room door.

                    MR. WRIGHT
          Let me know if you need anything.

                    MS. SNOW
          Thank you so much. I will.

Ms. Davis and Mr. Ryan walk the other way.

                    MR. RYAN
          I could imagine how that must feel
          to watch another woman come in and
          take your man, and maybe even your
          job soon. Do you want to talk about
          it?

Ms. Davis shoots Mr. Ryan a vicious look.

                                                CUT TO:


INT. MS. SNOW'S CLASSROOM - DAY

Ms. Paracina walks into the classroom to greet Ms. Snow.

                    MS. PARACINA
          You're one of the new teachers
          aren't you?

                    MS. SNOW
          Yes.

                    MS. PARACINA
          I could tell.

                    MS. SNOW
          I'm thrilled for this school year.

                         MS. PARACINA
               Aren't we all? You're in for a ride
               this year. These kids are horrible
               and the teachers are even worse.

                         MS. SNOW
                    (uneasy)
               Thanks for the tip.

Ms. Paracina gazes around Ms. Snow's classroom and notices
that she doesn't have a desk.

                                             CUT TO:


INT. COMPUTER LAB – DAY

Mr. West frantically google searches for math lesson plans.
Mr. Ryan is seen cutting out paper people to represent his
incoming students. Mr. Ryan sings enthusiastically while he
joyfully cuts his construction paper.

                         MR. RYAN
               I believe the children are our
               future. Teach them well and let
               them lead the way. Show them all
               the beauty they posses
               insideeeeeeeeeeeee.

The camera zooms in on Mr. West's face. He's annoyed.

Mr. West Interview:

                         MR. WEST
               Thats why I need a break 24/7. He's
               a thorn in my side. (beat) What's
               that? I actually think this school
               would suck without me.

                                             CUT TO:


INT. MR. WEST'S CLASSROOM – DAY – FLASHBACK

Students are throwing paper balls. Mr. West is on his Ipad.

               My students know I mean business.
               We joke. But we get work done. And
               most importantly, we learn.

                                             CUT TO:

INT. COMPUTER LAB - AFTERNOON

***Needs description****

                    AP JACKSON
          Hey guys, I'm asking that you all
          break off into your grade groups
          now to start planning curriculum.

Ms. Davis' Interview:

                    MS. DAVIS
          I don't think the AP likes me too
          much. Maybe it's because I'm the
          youngest, and I challenged her
          evaluations. I call her Ms.
          Truncble. Haa, from the movie
          Matilda. Yeah, that's the only way
          I keep my sanity in here. She does
          look like her right? (beat)
          Who do I think I am? Davis, Ms.
          Camille Davis.

                                        CUT TO:


INT. COMPUTER LAB - AFTERNOON

Mr. West attempts to print out lesson plans. There's no paper
in the printer. He frantically searches for paper. The camera
pans to Mr. Ryan with a stack of printer paper staring at Mr.
West with a vicious smile. He takes a sticky note writes his
name on it and places it on top and smiles.

                                        CUT TO:


INT. HALLWAY - DAY

Ms. Davis is handing out the curriculum for the social
studies department team.

INT. MS. DAVIS' CLASSROOM

                    MS. DAVIS
               (directly to camera)
          I really believe that I could run
          this school with my eyes close. I
          felt like I was running it last
          year. I don't know what this
          principal is going to do.
                    (MORE)

                        MS. DAVIS (CONT'D)
                Lord, why? I know I have sinned but
                why...?

                                                        CUT TO:


INT. COMPUTER LAB - DAY

All teachers are in the computer lab and Principal Lyons is
found standing at the front of the room.

                        PRINCIPAL LYONS
                I've been informed that our budget
                for next year is contingent upon
                our performance this school year.
                Teachers will be held to higher
                expectations. Which I'm sure is no
                problem. I also want to focus on
                some areas where we could possibly
                grow. Any questions? Comments,
                concerns?

Ms. Davis' Interview:

                        MS. DAVIS
                They need a mind like mine. I'm
                bringing culture back, building
                exemplar students. Most definitely
                qualified for tenure. Nobody is
                going to stand in my way.

                                                        CUT TO:


INT. MAIN OFFICE - DAY

Ms. Pettay welcomes Principal Lyons.

                        MS. PETTAY
                Ms. Lyons, if you need anything,
                just let me know. Let me tell you
                what teachers to keep an eye on.
                I'm your sidekick.

                        PRINCIPAL LYONS
                Oh lovely. Could always use the
                help.

Ms. Pettay's Interview:

                        MS. PETTAY
                What teachers fail to understand is
                that I do payroll.
                        (MORE)

MS. PETTAY (CONT'D)
So you better be nice to me. I have
access to all your files.

CUT TO:


INT. HALLWAY - DAY

AP JACKSON
How are you liking the vibe here?

PRINCIPAL LYONS
I love it. I think we are all one
big happy family. (beat)

The camera pans back and forth to show their distinct facial
expressions.

Listen, that reminds me...I know
you all have been given your
subject assignment. However, I made
some changes to a few. Wanted to
switch some things up this year.


INT. COMPUTER LAB - DAY

Mr. Ryan has his string of people cut together and he
stretches them out. Mr. West picks up a pair of scissors and
cuts each head off of the figures piece by piece. Mr. Ryan
watches them all slowly drop to the floor. Ms. Davis walks
into the madness. She chuckles.

MS. DAVIS
Guys, please. We're adults. Let's
do better.

MR. RYAN
I think he needs to take a leave of
absence from this
trio...indefinitely.

MS. DAVIS
Cmon, we have bigger things to
worry about. Please kiss and make
up. Thank you.

CUT TO:

Mr. Ryan's Interview:

>                    MR. RYAN
>          Davis better stick with me, if she
>          knows what's good for her. West is
>          an outlier, anomaly, doesn't
>          belong. I know for a fact that I
>          will be tenured way before he does.
>          I'll make sure Davis follow suit to
>          get her badge. Then wal-lah. We are
>          both stomping with the big dawgs.
>          (beat) Did Davis teach me that?
>          Well, yes! In fact, she did.

INT. MAIN OFFICE - DAY

Ms. Davis is looking through her mail. AP Jackson hands out
the new assignment to Ms. Davis.

>                    MS. DAVIS
>          What? Are you serious. Ms. Jackson,
>          you know Social Studies is my
>          specialty.

>                    AP JACKSON
>          It's not up to me. Thank your new
>          boss.

AP Jackson's Interview:

>                    AP JACKSON (CONT'D)
>          I served this school for a long
>          time. You would think that I would
>          be given the opportunity to be the
>          principal. (beat) but I'm happy to
>          see that they gave the leading post
>          to someone more suitable for the
>          position. I am delighted.

>                                        CUT TO:

INT. MAIN OFFICE - DAY

Ms. Pettay is seen snickering. Ms. Bees walks by and sees Ms.
Davis in distress.

>                    MS. DAVIS
>          She is evil.

>                    MS. BEES
>          See, they know not to mess with me.
>          I'm tenured baby. Not today.

>                MS. DAVIS
>          I really can't believe this.

                                                  CUT TO:

Mr. Ryan's Interview:

>                MR. RYAN
>          I'm sure Davis may set the building
>          on fire. Then we really have to
>          call 911. She's not a happy camper.
>          I feel for her. I totally do. I
>          think she's mad at me because I now
>          have social studies. But cmon' she
>          told the students last year that
>          Christopher Columbus was an ass
>          hole. You're supposed to follow the
>          curriculum. She didn't. Columbus
>          Day is my birthday by the way.

                                                  CUT TO:

INT. COMPUTER LAB - DAY

Teachers are scrambling for materials.

>                AP JACKSON
>          We must move quickly. School starts
>          in a couple of days. Soon, we will
>          move into our respective department
>          head meetings.

>                MS. BEES
>          This is how they are going to start
>          getting rid of teachers. Holding us
>          accountable but they really have to
>          have a strong case against the
>          tenured. As for you newbies...tread
>          lightly.

Ms. Davis goes back to worried mode as she is not prepared
for her newly assigned subject. Mr. Wright secretly admires
Ms. Davis from across the room. He gets up and walks over to
check in on her.

>                MR. WRIGHT
>          Do you need help with the planning?

>                MS. DAVIS
>          Yeah, sure. I appreciate it. I feel
>          like I'm going to pull my hair out.

                                                  CUT TO:

Mr. Wright's Interview:

>                    MR. WRIGHT
>          My name is Kel Wright.
>          I'm ready to hit the ground
>          running. Super excited and
>          charged...Who?

He chuckles.

>                    MR. WRIGHT (CONT'D)
>          Davis? She's amazing isn't she? I
>          just love learning from her. They
>          way she always organize her lesson
>          plans. Her bulletins boards. They
>          way she keeps her class in command
>          is absolutely beautiful. The love
>          she has for her students. I thought
>          she did a great job last year with
>          the 7th graders. I think Mr. West
>          is a little jealous of the fact
>          that I like his friend.

INT. MS. DAVIS' CLASSROOM – DAY

>                    MS. DAVIS
>               (directly to camera)
>          Ain't this some bull? I don't
>          deserve this. They don't want me to
>          win.

INT. MR. RYAN'S CLASSROOM – DAY

Ms. Davis is moving her head on side to side on the desk in
distress.

>                    MS. WEST
>          This is just a test Davis. Snap out
>          of it.

Ms. Davis' Interview:

>                    MS. DAVIS
>          This was purposefully done.

>                    CAMERA GUY
>          What are you going to do if
>          Principal Lyons ask you to also be
>          the lead of a committee this year?

>                    MS. DAVIS
>          It's not in my job description.

                    MR. RYAN
          I'm sorry to interrupt. It actually
          is.

Mr. Ryan refers to the P.S.311 Teacher Handbook.

          It states teachers must commit to
          these activities...

                    MS. DAVIS
          Why is he in my shot? I thought
          these were individual interviews
          not group sessions. (beat) Listen,
          I believe that she is out to get
          me. I'm not going to let her stop
          me from getting in the way of
          getting tenured. Oh, two can play
          that game.

                                        CUT TO:


INT. HALLWAY – DAY

Principal Lyons walks down the hall and greets Ms. Davis
again.

                    PRINCIPAL LYONS
          Hey, Ms. Davis, I was wondering if
          you can lead the school culture
          committee since you already have
          the cheer team and all.

                    MS. DAVIS
          Hey Ms. Lyons. Of course. Step
          team. It's a step team. It is per
          session right?

                    PRINCIPAL LYONS
          Oh no. It's not in the budget. Is
          that a problem?

                    MS. DAVIS
          Oh no. Of course not. I'm looking
          forward to it.

Ms. Davis gives her a friendly hand gesture. Principal Lyons
gives it right back. They go back and forth until Ms. Davis
gives in.

                    MS. DAVIS (CONT'D)
          I'm going to head to my room now
          and finish up this curriculum.

                        PRINCIPAL LYONS
           Lovely.

Principal Lyon's Interview:

                        PRINCIPAL LYONS (CONT'D)
           The most valuable people here at
           P.S. 311 are the students. Our
           students come first. Our
           teachers...well are teachers are
           second.

Ms. Davis walks into her classroom and slams the door behind
her. She walks over to her chair and realizes her desk looks
different because it isn't her desk. She realizes she's been
jacked, as if the day couldn't get any worse. She screams
from the top of her lungs and throws a book at the
blackboard. The sign "Welcome to this School Year" falls to
the floor.

                                        FADE OUT:

**EXHBIT K**

**HARRITY ELEMENTARY SCRIPT**

<u>HARRITY ELEMENTARY</u>


"Pilot"


Written by

Quinta Brunson


Revised Network Draft
01/29/2021

INT. JANINE'S CLASSROOM - DAY

JANINE (late 20s, Black, ball of optimistic energy, quirky, bookish, ready to take on the world) is mid-lesson sitting with some 2ND GRADERS at their desks.

                    JANINE
          Nina! Wonderful sentence structure.
             (reading)
          "My favorite movie is Toy Story and
          my favorite character is Woody."
             (then, to Nina)
          Me too. Well, I'm a Buzz girl. I
          like his ambition. BEYOND infinity?
          He dreams big.

Janine moves to another student, BRITTANY.

                  JANINE (CONT'D)
          And Brittany- "My favorite movie is
          "American Gangster and my favorite
          character is Frank Lucas?" Ok,
          excellent performance by Denzel,
          but a little too colorful for the
          movie wall. What about... Moana?

                  BRITTANY
          Ok. I like Moana!

                  JANINE
          Okay! And I will be having a *third*
          talk with your mom about what
          you're watching at home!

Janine takes the papers to her desk. A student, SHAWN, yells.

                  SHAWN
          Ow. Ms. Beeman, Andrew hit me!

                  JANINE
          Andrew, apologize! I'm gonna count
          to three! One, two, three...four...

ANDREW shows no signs of apologizing. Janine keeps counting.

<u>JANINE TALKING HEAD</u>

                  JANINE (CONT'D)
          I'm Janine Beeman. Been teaching
          second grade here at Harrity for
          two years. As a product of the
          Philadelphia school system, I'm
          proud to say I survived, and can
          now teach here today!

INT. JANINE'S CLASSROOM — DAY

TWO KIDS are sharing singular desks while learning a lesson.
Janine holds up a HISTORY BOOK and shows the last page which
reads: "CURRENT U.S PRESIDENT: GEORGE BUSH."

                     JANINE
           Now, kids, there have been three
           presidents since this one. Old
           book. Here are the others!

Janine flips the page to show where she has printed out
photos of BARACK OBAMA, DONALD TRUMP, and JOE BIDEN.

<u>JANINE TALKING HEAD</u>

                  JANINE (CONT'D)
           The main problem in this district
           is, yeah, no money. The city says
           there isn't any, but they're
           building a new half-billion-dollar
           Eagles' stadium down the street.

ANGLE ON: B-roll of the huge stadium being built.

                JANINE  (O.S.) (CONT'D)
           ...Seems like they have the money.
           We just make do. The staff here is
           amazing.

- Shot of MELISSA PETERSON's (50s, very South Philly Italian,
tough mob-wife energy) class. The classroom is well
controlled. She teaches from the board.

                  JANINE (CONT'D)
           They're incredible teachers.

- Shot of BARBARA WATSON's (50s, Black, motherly, confident,
suffers no fools but is soft on the inside) class. She's
reading to her kindergarten class.

                  JANINE (CONT'D)
           I look up to them all.

- Shot of the chaotic classroom of MS. SCHWARTZ (20's, white,
in over her head). Kids run and scream. Ms. Schwartz panics
at her desk.

                  MS. SCHWARTZ
           Sit... down!

<u>A globe is thrown</u> at her from the back of the classroom.

<u>JANINE TALKING HEAD</u>

Harrity Elementary - Revised Network Draft - 1/29/21          3.

                    JANINE
          Well, I look up to the older
          teachers. We younger teachers-
          still getting the hang of it!

- Shot of child setting a trashcan on fire. JACOB HILL (20s,
white, painfully woke, a performative liberal cool nerd type)
puts it out with a fire extinguisher.

                    JANINE (CONT'D)
          If we don't wind up leaving.

- Shot of younger TEACHER holding a box of her belongings
walking out the front door. She turns and gives a middle
finger to camera.

                    JANINE (CONT'D)
          Look- this school is rough, but I
          became a teacher to make sure
          students come out alive, and that
          ultimately means doing whatever I
          can to make this school a better
          place for these kids. And after
          learning a lot in my first year,
          subbing out therapy for axe-
          throwing...


INT. AXE-THROWING STUDIO - DAY

Janine throws an axe straight on the bullseye. She turns and
gives a thumbs up to the camera.

AS WE WERE

                    JANINE
          I finally feel on top of things.

Suddenly, Janine hears a whizzing sound in the background. We
see a CHILD with his back turned toward Janine.

                    JANINE (CONT'D)
          Jamar, what are you doing?!

                    JAMAR
          The toilets don't work!

                    JANINE
          And the rug was plan B?!


                    **END COLD OPEN**

## <u>ACT ONE</u>

INT. JANINE'S CLASSROOM – DAY

Janine is rolling up the soiled carpet. Meanwhile, her
students are occupied dancing to a video of 'Baby Shark'.

> STUDENT 1
> Janine, why are you putting the rug
> away?

> JANINE
> Erica, I told you to call me Ms.
> Beeman, Ok? I'm an adult, though,
> we're the same height. And we can't
> use this one anymore. There's a
> little too much pee on it. Even
> before Jamar did that.

> STUDENT 2
> Where will we sit for story time?
> And morning lesson?

> JANINE
> ...I'll figure something out.

<u>JANINE TALKING HEAD</u>

> JANINE (CONT'D)
> Losing the rug is a huge "L." Big
> deal. For primary classes, the rug
> is like a calm island among a wild
> sea. An oasis for the kids. Which I
> now realize is the opposite of an
> island. Okay, it's either land in
> water or water in land. Let's just
> say it's like Xanax. It's a big
> Xanax you can sit on.

Janine's kids start to run wild as Barbara enters.

> BARBARA
> Janine, turn that down. I'm trying
> to teach my kindergarteners the
> letter C, and they're distracted
> with that song. It's like "Back
> That Azz Up" for kids.

> JANINE
> Sorry, Ms. Watson- hey guys, sit
> down! This is not playtime. I'm
> counting! One, two...

The kids and continue to run wild. Barbara clears her throat.

                    BARBARA
           And I'm *not* counting. SIT... DOWN.

The kids all find their seats immediately.

                    JANINE
           You're so good at that, Barbara.
           Can't wait to get there! Who's
           watching your class, by the way?

                    BARBARA
           No one. They're in a single-file
           line in the hallway.

Janine peeks out to see Barbara's students.

                    STUDENTS
           Good morning, Ms. Beeman.

Janine waves in awe. Barbara walks out, ready to take her
kids back to class, but Janine keeps talking.

                    JANINE
           Incredible. You know, you remind me
           so much of my favorite teacher from
           3rd grade, Ms. Elliot. Good with
           kids, well-dressed, a wizard with a
           glue gun...

                    BARBARA
           Well, that's sweet, Janine. Very
           nice. Thank you-

                    JANINE.
           I wanted to be just like her. I was
           like... obsessed with her,
           actually. In my report card note,
           she wrote "A bit clingy. Needs
           friends her own age." She was a
           hoot. Anyway, Did you get my email
           about getting together after work
           to get drinks tonight?

                    BARBARA
           No... uh, must've gone to spam.

                    JANINE
           So weird how those do that with you
           and no one else.

Barbara glances at the camera.

INT. TEACHER'S LOUNGE – MOMENTS LATER

Janine walks in. Jacob is sitting at a table on his phone.

                    JACOB
          Janine! So, update... I quote
          tweeted that Senator's tweet with
          "Tweet this next to your hooker?"
          and Rachel Maddow liked it, so I
          basically work for MSNBC now–

                    JANINE
          Jacob, I told you, if I cared about
          Twitter I'd have one.

                    JACOB
          Yeah... but... Rachel Maddow!

JANINE TALKING HEAD

                    JANINE
          I'd say my closest friend here is
          Jacob. And that's really only
          because we came in together last
          year with twenty other teachers.
          We're two of the three left. So,
          trauma bonding, I guess?

JACOB TALKING HEAD

                    JACOB
          What's this for again? Oh, not HBO?
          I'm sure it'll still be good. I'm
          Jacob Hill. I teach history but
          live in the present. Subscriber to
          Shaun King's email list–

AS WE WERE

Janine stands at the table with Jacob, Pop-Tart in hand.

                    JANINE
          Hey, you into cheesesteaks from the
          corner store for lunch? I've been
          craving uncleaned-grill meat.

                    JACOB
          No, not there. The guy behind the
          counter there calls me "white boy."

                    JANINE
          Well, you're the only one for miles
          so. It's like a term of endearment.

                        JACOB
            No, because then everyone in the
            store laughs. Even the cat behind
            the counter kind of snickers.

                      JANINE
            Then, why not just ask him to stop?

                      JACOB
            I can't! It'd be wrong. There's an
            entire chapter in 'White Fragility'
            on this. Robin DiAngelo says-

                      JANINE
             (seeing Melissa)
            Melissa, could you tell Ta-Nehisi
            *Quotes* here that "white boy" is a
            term of endearment from the corner
            store people?

                      MELISSA
            For Zach Ertz, yeah. But for him,
            it's an insult.

Jacob scoffs. Melissa laughs then clocks the camera.

<u>MELISSA TALKING HEAD</u>

                      MELISSA (CONT'D)
            Ehh... Melissa... Peterson. Second-
            grade teacher. You Italian? No. You
            from South? Oh. You'se guys working
            with cops, you gotta tell me...

AS WE WERE

Barbara walks into the lounge and heads for the coffee.

                      BARBARA
            Morning everyone.

                      JANINE
            Morning again, Barbara! Would you
            like to join us for lunch? We're
            thinking cheesesteaks, but whatever
            you want is good too.

                      BARBARA
            What I want... is to have my coffee
            in peace right now.

                    JANINE
          Alright! Then I will circle back
          later! Guys, I need a new rug for
          my room. Mine is officially done.

                    JACOB
          Ooh, same. I shook mine out and
          then all the asthma kids had to go
          to the nurse's office.

                    MELISSA
          Mine is sprouting mushrooms but
          making for a good science lesson.

                    JANINE
          Wait, if we all need new rugs, what
          if we just push to get some using
          school budget?

The teachers shrug in agreement. Barbara less so.

AVA COLEMAN (mid-40s, Black, aloof, loud, tone-deaf, always
wants to be center of attention) enters wearing an "Eagles
Stadium 2021 Sweatshirt" and a large hat.

                    AVA
          What it do, baby-boos! What do
          y'all think of the little film crew
          I brought in?

                    MELISSA
          Distracting. Makes our jobs harder.

                    AVA
          But exciting! We'll be on tv!

                    BARBARA
          ...Because they're covering
          underfunded, poorly managed public
          schools in America.

                    AVA
          No press is bad press, Barb. Just
          look at Mel Gibson. Still thriving!
          'Daddy's Home Two' was hilarious!

Ava laughs. The teachers all look at Ava disgusted.

JANINE TALKING HEAD

                    JANINE
          Ava has a unique take on her job.

MELISSA TALKING HEAD

                          MELISSA
               She's bad at her job. What's unique
               is that she's bad at her job.

Ava shows the doc crew her TikTok account "principalmoves"
with videos of her line dancing.

                          AVA
               I'm one of the oldest people on the
               platform. Ain't that cool?

She then attempts to get a WORKING TEACHER to dance with her.

MELISSA TALKING HEAD

                          MELISSA
               Just bad.

Ms. Schwartz enters the room, frazzled, and walks right up to
Ava.

                          MS. SCHWARTZ
               Ava, can I talk to you? I need an
               aide. I'm outnumbered, the kids are
               crazy... One of them told me to
               "mind my six" this morning. I don't
               know what that means! I need help.

                          AVA
               Calm down! They're just kids.
               Besides, aides cost money. And we
               don't have that. Do you want to
               split your salary up and give it to
               someone else? No? Didn't think so.

                          JANINE
               Well, if we can't afford aides, is
               it possible we could afford new
               rugs? Might help with student
               behavior! Clean classrooms lead to
               clean... behavior? I think-

                          AVA
               All I'm hearing is new, new, new...
               need, need, need. But Barbara, one
               of the best and most senior
               teachers here, never complains.
               Barbara, what is your secret?

                          BARBARA
               Knowing there isn't much *you* can do
               to help, Ava.

                         AVA
               So understanding. Be like Ms.
               Watson, people!

Ava gives a smile to camera and leaves. Ms. Schwartz sighs.

                    MS. SCHWARTZ
               But... I'm not Ms. Watson.

BELL RINGS. Teachers head out. Janine comforts Ms. Schwartz.

                       JANINE
               Try some counting exercises, Tina!
               It works for me. Somewhere, between
               one and forty, the kids calm down.

                    MS. SCHWARTZ
               Okay. Any tips for when they bite
               you and call you the B-word?

                      MELISSA
               A kid bit me once and locked on. I
               stared him right in the eyes and
               said 'harder.' Establish dominance
               early.

Ms. Schwartz runs out of the room. Barbara and Melissa laugh.

                       JANINE
               You know, a little support might
               help make things happen, ladies!

                      BARBARA
               Baby, my support was going to do
               about as much as that Target bra
               you got on: little to nothing.

Janine self-consciously crosses her arms.

                       JANINE
               It's not impossible to get stuff!
               Melissa asked for new toy registers
               for her classroom and got them.

                      MELISSA
               Those aren't toys. They're real.

                       JANINE
               Really? Then how'd you get 'em?

                      MELISSA
               I know a guy who worked a Walmart
               demolition. I got a guy for
               everything. You need rebar?

                    BARBARA
          Melissa's resourceful. Capable.
          They can't teach that at UPenn.

                    JANINE
          While I'm honored you remembered my
          Alma Mater, Barbara, I feel the
          younger teachers are capable...

                    BARBARA
          Really? Then why is Ms. Schwartz's
          hair falling out?

Barbara picks up a chunk of hair that fell where Ms. Schwartz
was standing. Janine gags.

                    BARBARA (CONT'D)
          Why does Jacob need a smoke break
          every two seconds?

                    JACOB
          Switched to an herbal vape, but ok.

                    BARBARA
          And why can't any of you make it
          past two years? More turnovers than
          a bakery.

                    JANINE
          Well, I'm different.

                    BARBARA
          We'll see. Or, you'll crack. Like
          the rest of em' do.

This sticks with Janine. Barbara and Melissa exit. Janine,
Jacob, and Ms. Schwartz remain.

                    JACOB
          Ouch. I think we should still try
          for rugs. I believe that when
          people are unjustly oppressed they
          shouldn't let others set rules...

                    JANINE
          Jacob... what did I say about
          quoting Malcolm X unnecessarily?

          JACOB                      JANINE (CONT'D)
You told to me stop.          I told you to stop.

Harrity Elementary - Revised Network Draft - 1/29/21        12.


INT. JANINE'S CLASSROOM - MOMENTS LATER

<u>JANINE TALKING HEAD</u>

                     JANINE
            I respect Ms. Watson, but she's
            wrong on this. And, look, I know
            the newbie track record here isn't
            great, but at the end of the day,
            we're passionate and capable of
            doing this job.

A ten-year-old student, MYA, bursts into the room.

                     MYA
            Janine! Ms. Schwartz kicked Rajon
            in the head and everyone is in the
            hallway going crazy! Come look!


INT. HARRITY ELEMENTARY SCHOOL HALLWAY - MOMENTS LATER

Janine runs out to see students crowded around a hurt RAJON,
and Ms. Schwartz, who holds her ankle. Barbara breaks it up.

                     JANINE
        What on earth happened?

                  MS. SCHWARTZ
        He hit me first!!!

                   RAJON
        Liar!

                  MS. SCHWARTZ
        Oh, you little-

As the feud continues, Janine looks at Barbara, embarrassed.

                   BARBARA
        I wonder if she tried counting?


                            **<u>END OF ACT ONE</u>**

## ACT TWO

INT. HARRITY ELEMENTARY SCHOOL HALLWAY - DAY

Janine is ushering students back into their classrooms,
giving a worried look to camera. The other teachers are
helping, but also visibly concerned.

JACOB/MELISSA/BARBARA TALKING HEADS

                    JACOB
          You do NOT hit a kid. It's like the
          one thing you don't do.

                    BARBARA
          You can yell at them...

                    MELISSA
              (stern)
          Threaten them.

                    JACOB
          Warn them about juvenile detention.

                    BARBARA
          Closest I've come was maybe, a lil'
          pinch. But a kick? Whew, chile.

                    MELISSA
          Threaten their parents.

                    JACOB
          ...You just don't kick a kid.


INT. HARRITY ELEMENTARY SCHOOL HALLWAY - DAY

Janine anxiously approaches the teachers.

                    JANINE
          Look, maybe this wouldn't have
          happened if she had an aide.

                    BARBARA
          This happened because Ms. Schwartz
          was bad at her job and went UFC on
          an eight-year-old.

Janine is discouraged by that response as Ava appears.

Harrity Elementary - Revised Network Draft - 1/29/21        14.

                    AVA
          OK! So. Not good! Ms. Schwartz was
          out of line, and clearly not fit to
          handle her class.

                    MELISSA
          You hired her-

                    AVA
          So, I have done the right thing,
          which was to fire her immediately.
          Then, I realized it was only nine
          A.M, so I hired a sub. In the
          meantime, Mr. Johnson is watching
          her class. I-

                    JANINE
          Wait... Mr. Johnson, the janitor?

                                        CUT TO:


INT. MS. SCHWARTZ'S CLASSROOM - DAY

MR. JOHNSON (70s, tired-looking) writes the word "COLLATERAL
LOAN" on the board. The children just stare.

                                        BACK TO:


INT. HARRITY ELEMENTARY SCHOOL HALLWAY - DAY

                    JACOB
          I think we should maybe alert the
          school district of this. I mean, a
          child was harmed.

                    AVA
          Aht-Aht! I handled this! No need
          for them to know a kid was "harmed"
          on my watch- the school's watch.

Janine looks at the camera.

                    JANINE
          It's not handled. There's a 70-year-
          old custodian who voted for Kanye
          teaching social studies. We need
          help! I know there's no money but-

                    AVA
          Ok, fine, alright?. Look, I'll make
          a *small* emergency budget request to
          the school district.
                    (MORE)

Harrity Elementary - Revised Network Draft - 1/29/21          15.

                    AVA (CONT'D)
              We'll use it to get aides or
              whatever else we need. Ok, happy
              now?

Jacob nudges Janine. Janine realizes the opportunity.

                    JANINE
              I have an idea for something else
              we need! How 'bout-

                    AVA
              Sure, sure, sure. Just email me the
              request.
                   (to camera)
              Another day of principal life! *I
              believe the children are the fu-tur-
              rah...*

Janine crosses to Barbara.

                    JANINE
              Look at that! Ask and receive.

                    BARBARA
              And it only took one of you
              injuring a child. Congrats.

                    JANINE
                   (quick)
              The why doesn't matter.

<u>JANINE TALKING HEAD</u>

                    JANINE (CONT'D)
              Finally, a real chance to get
              something nice for this school! And
              send an email? I don't want to
              brag, but in college, I won the
              Women's Socialist Club's 'Email of
              the Month' award twice. Both emails
              were to the dean about recognizing
              us as a club. Second one worked.

INT. ADMINISTRATOR'S OFFICE - MOMENTS LATER

Teachers are between classes as GREGORY WRIGHT (20s, Black,
handsome, a little self-serious and has a little trouble
connecting with his emotions) walks in holding a briefcase.

                    GREGORY
              Hello, I'm looking for Ms. Coleman.

                        AVA
                   (flirty)
              Well, hello.

                        GREGORY
              I'm Gregory Wright. The sub for...
                   (looks at paperwork)
              the teacher who punted a student?

                        AVA
              Oh, you're the sub! Forgive me, I
              thought one of my colleagues here
              hired a stripper for me, as a joke.

                        GREGORY
              O...kay?

                        AVA
              Everyone, meet Gregory! He'll be
              taking over for Ms. Schwartz for
              the foreseeable future-

                        GREGORY
              For the day.

                        AVA
              Right!
                   (whispers to Melissa)
              I'd like to see his ruler.

Melissa scoffs.

                        BARBARA
              Very nice to meet you, young man.

                        MELISSA
              Nice to meet you, Ryan.

                        GREGORY
              It's Gregory.

                        MELISSA
              We'll see how long you'll be here
              then I'll remember your name, Tim.

Jacob approaches out of nowhere, arms wide open for a hug.

                        JACOB
              My dude!

Gregory rejects the hug, shakes Jacob's hands instead.

                              JACOB (CONT'D)
                    Keepin' it profesh' I like it! I'm
                    Jacob. Always great to see another
                    male teacher. Not many of us! Now,
                    I'll have someone to talk sports
                    with! You into women's tennis?
                         (smugly, to camera)
                    Or as I call it: regular tennis?

GREGORY TALKING HEAD

                              GREGORY
                    I came to Philly from Baltimore at
                    the start of the school year. I
                    interviewed to be the principal of
                    this school, actually. Was pretty
                    sure I was a shoo-in but apparently
                    there was someone better?

                                                        CUT TO:


INT. AVA'S OFFICE – DAY

                              AVA
                    I go to the same church as the
                    superintendent... Caught him
                    cheating on his wife with the
                    deaconess... I needed a job!


INT. JANINE'S CLASSROOM – DAY

Janine is typing up an email titled: "IS YOUR SCHOOL SICK?
TRY PRESCRIPTION RUGS!" Her students watch an educational
movie. Suddenly, they all yell "EW." Janine looks up to see
that a student, BRIA, vomited at her desk.

                              JANINE
                    Bria, What happened?!

                              BRIA
                    I threw up.

                              JANINE
                    Got that. Let's get you cleaned up.


INT. BATHROOM – MOMENTS LATER

Janine, holding Bria's hand, goes to push the bathroom door
open. At the same time, the door swings out from the opposite
direction and a frantic, wet Gregory exits with a child's
pants in his hands. Janine screams:

                    JANINE
          Ah!! Random man! Child pants!

                    GREGORY
          What? Oh, no—

                    JANINE
          Security!

                    GREGORY
          No! I'm Gregory! Look, I'm a sub
          for Ms. Schwartz!

                    JANINE.
          Oh! Okay... That's still not
          explaining the pants! Security!

                    GREGORY
          Stop! Look, one of my kids had to
          go to the bathroom, so I brought
          him. But then he accidentally
          "went" on himself.

                    JANINE
          Ohhhhhhhh. Hence the pants! Ok.

                    GREGORY
          Yes. And if that wasn't bad enough
          he tried to flush the toilet and it
          shot water back up into the air!

                    JANINE
          Oh, no one told you about reversy-
          toilet! I'm sorry. Which student...
              (looks into stall)
          Antoine. Ok, don't worry.

Janine takes her scarf off of her neck, looking like she's
getting ready to handle the situation.

                    JANINE (CONT'D)
          Antoine was in my class last year.
          Pretty sure I have some spare
          clothes left over for him...
          Antoine, I'm coming in!

                    GREGORY
          Ok. Thank you.

                    JANINE
          Could you just... watch her...

Harrity Elementary - Revised Network Draft - 1/29/21          19.

Gregory, repulsed by the vomit, holds Bria's hand. Janine
goes into the bathroom. When she comes out, <u>Antoine is
wrapped in the scarf.</u>

                    JANINE (CONT'D)
          I'll take him back to my class and
          then have him go back to you, ok?

                    GREGORY
          Ok. Wait... what's your name?

                    JANINE
          Oh! Silly me. I'm Janine.

The two go to shake hands.

                    JANINE (CONT'D)
          Oh. Oops.
               (looks at her hand)
          There's... pee.

                    GREGORY
               (looks at his hand)
          Yeah, vomit.

                    JANINE
               (laughs)
          Make a wish!

<u>GREGORY TALKING HEAD</u>

                    GREGORY
          That was disgusting. But she seems
          nice. Like a bathroom Superwoman.

INT. BARBARA'S CLASSROOM - DAY 2

Janine walks into Barbara's classroom excitedly.

                    JANINE
          Mrs. Watson! Question for you-

     BARBARA                         STUDENTS
Equals four!                    (unanimously)
                           Equals four.

Janine realizes she interrupted a lesson. She calms down.

                    JANINE
          Sorry! I just want to get your
          expert eye on my email to Ava-

                    BARBARA
          Janine, we're not getting rugs.

                    JANINE
          Ms. Watson, I know you love to rain
          on parades, that's your thing, but
          have some faith! Ava literally said
          she'll get us whatever we need.

                    BARBARA
          You think you're the first person
          to try to get things? You think we
          like sitting on nasty rugs and
          smelling dead mice in the walls?

                    JANINE
          So that's what that smell is!

                    BARBARA
          I've been working in the
          Philadelphia School district for
          twenty years. Harrity for fifteen.
          Ava's just the latest in a long
          line of principals who do nothing
          but make things worse. So take all
          that Disney princess energy and use
          it to do your job.

                    JANINE
          This *is* me doing the job! I think
          the job means trying to make things
          better. It means putting pressure
          on our leaders to help us.

                    BARBARA
          And I think the job is working with
          what you got so you don't get let
          down.

The loudspeaker "DING" goes off, followed by Ava's voice:

                    AVA (O.S)
               (belches)
          Ugh... that hoagie came back up...
          Oh damn, am I on? Good morning,
          teachers. Please bring your
          students to the yard for a special
          announcement about some much-needed
          improvements to the school that I
          made happen!

                    JANINE
          Ah! Ah! You hear that?! Optimism
          wins again.
                    (MORE)

                    JANINE (CONT'D)
                (doing Ms. Watson
                 impression)
            Thank you, Janine!
                (back to Janine's regular
                 voice)
            Oh, no problem Ms. Watson! I was
            just doing my job. I won't even say
            I told you so.
                (back as Ms. Watson)
            But you DID tell me so! You know, I
            guess you are very smart and
            capable and maybe I could learn
            some things from you, Janine.

Barbara stares at Janine who continues her one-act play.


EXT. HARRITY ELEMENTARY SCHOOLYARD - MOMENTS LATER

Teachers and students stand outside in jackets shivering.

                    JACOB
            We couldn't have done this in the
            Gym? My 'Members Only' jacket is
            meant for moving, not being still.

Ava appears from around the corner of the building.

                    AVA
            Over here!

The teachers begrudgingly lug their students toward Ava.

                    AVA (CONT'D)
            The district was so moved by my
            plea that they approved an
            emergency budget and sent us the
            money right away!
                (applause)
            I thought "We'll get the aides, get
            the rugs, but then I thought- we
            need something immediate!"

                    JANINE
            Wait-

                    AVA
            I always feel better right away
            when I get my hair done. Thus, I do
            better work, like I'm doing
            currently. The Eagles are getting a
            new stadium, and that will help
            them play better inside of it-

        JANINE                              GREGORY  
No, it won't.                   Stadium can't make them the  
                                      Chiefs.

               AVA  
          Fix the outside...  
            (points to hair)  
          Inside takes care of itself.

Ava points upward to the front of the building. A huge  
plastic sheet falls over the old Harrity Elementary sign. It  
reads "Willard R. Harrity Elementary" in green and white  
lettering. There is a photo of Ava leaning on the letters.

             JANINE  
          A... plastic sign? How'd you even  
          get this printed up so fast?

              AVA  
          My cousin, Michael, is a sign-  
          maker! He's real fast and gave me a  
          rush deal. Thank God we got three-  
          thousand dollars from the district  
          because I had to use all of it.

             JANINE  
          You used all the money... on this?!

             BARBARA  
            (to Janine, laughing)  
          Wanna do your little skit again?

INT. HARRITY ELEMENTARY SCHOOL HALLWAY - MOMENTS LATER

Janine, Gregory, and Jacob walk their kids back to class.

             JANINE  
          I can't believe this! She spent all  
          the money on theatrics! I thought  
          this type of workplace betrayal  
          only came from white ladies!

             JACOB  
          Maybe Barbara and Melissa are  
          right. We just need to do the job-

             JANINE  
          No, they can't be right, ok? Ava is  
          the problem here. Not us! Where's  
          your Malcolm X energy?!

             GREGORY  
          I just got here, but she's right.  
          This school needs order.  
             (MORE)

Harrity Elementary – Revised Network Draft – 1/29/21        23.

                    GREGORY (CONT'D)
          You're never gonna get that with a
          principal like this:

Gregory shows a TikTok of Ava doing the Renegade dance.

                    JANINE
          ...Wait, maybe she doesn't have to
          be principal.


INT. JANINE'S CLASSROOM – MOMENTS LATER

Janine types an email on her computer furiously.

                    JANINE (O.S.)
          I'm going to email the
          superintendent about this and
          everything that Ava's done today!
          She should lose her job! Ava can't
          win here, because then, Barbara's
          right. And if she's right, then
          what does that say about me? I'm
          not taking two L's today. Actually,
          it'd be three L's because I got a
          parking ticket this morning.


INT. HARRITY ELEMENTARY SCHOOL HALLWAY – DAY

Barbara and Melissa head out for lunch.

                    MELISSA
          I'm going to Wawa. Hey, you want a
          pack of Christmas sprinkle
          Tastykakes? I know they're
          seasonal, but I know a guy.

                    BARBARA
          No, chile. Thank you. I'm going to
          go get myself a salad from Mickey
          D's. I'm eating healthy.

Janine approaches the two from down the hallway.

                    JANINE
          Hey, wait up! I'm going out to get
          lunch, too!

                    MELISSA
          Where ya going for lunch pipsqueak,
          a bird feeder?

                    BARBARA
          Figured you'd be working on your
          next miracle from Saint Ava.

                    JANINE
          Ha-ha. No, don't think I'll need
          anything from Ava ever again.

                    BARBARA
          ...And what does that mean?

                    JANINE
          Well, I emailed the superintendent
          and told him about how horrible Ava
          is. No way she doesn't get fired.

Melissa and Barbara stop in their tracks.

                    MELISSA
          Oh, for the love of God!

                    JANINE
          What?

                    BARBARA
          Janine. The superintendent doesn't
          even see our emails, because he has
          them bounced back to the person in
          charge of wherever the email came
          from...

                    JANINE
          Wait... person in charge... that
          means it went back to-

The "DING" of the loudspeaker sound goes off. Ava again:

                    AVA (O.S)
              (stern)
          Teachers. It has come to my
          attention that some of you, one of
          you, think it's ok to go over my
          head. I think we need to learn
          about trust.

Janine, Melissa, and Barbara slowly turn to see Ava in her
office, staring at them, holding a microphone.

                    AVA (CONT'D)
          So, over your lunch break- this
          lunch break-, which I know you all
          love so much, we will be having a
          "trust workshop." Where we learn
          how to respect each other, Harrity
          Elementary, and the chain of
          command. It's going to be FUN.

Janine gives a worried look to camera.

                    **END OF ACT TWO**

**ACT THREE**


INT. TEACHER'S LOUNGE - DAY

Janine, Barbara, Melissa, Jacob, Gregory, and more staff sit in a semi-circle. Ava sits in the middle.

                    AVA
          Thank you all for agreeing to be
          here, mandatorily. We're at a
          crossroads. This is a crisis.

                    JANINE
          No, a crisis is eating the
          cafeteria pizza for lunch.
               (takes a bite)
          This just is yesterday's burgers
          mashed up and cut into triangles!
          Ugh. Wait, Jacob did you go to the
          corner store?

                    JACOB
               (eating sandwich)
          Yeah, the verbal harassment is
          worth it. I think it might even
          make it taste better.

                    GREGORY
          Uh... why are we here?

                    AVA
          Well, chocolate drop, I happened to
          learn that one of the people here
          doesn't respect me. But, it's not
          about me. If you don't respect
          me... how can you respect this
          school?
               (then, off teachers'
                confused looks)
          You can't... mathematically
          impossible...

                    JACOB
          Who doesn't respect you... I
          mean... the school, Ava?

                    AVA
          You know, I don't think that's
          important, Mr. Neil. We're going to
          make this a group matter, so as not
          to single anyone out.

                        GREGORY
                   That's nice.

                        AVA
                   Let's do some trust exercises where
                   we say whatever we need to say out
                   loud to each other no matter how
                   critical. Let's start with Janine.

Janine gives a horrified look to camera.

                        GREGORY
                   Wait, so she'll get to say stuff
                   about other people?

                        AVA
                   No, Hershey Kiss, we're going to
                   say things to her. You're new...
                   let me give you an example. Janine?

                        JANINE
                        (sighs)
                   ...Yes.

                        AVA
                   You're over-energetic and annoying.

The teacher's scoff in shock.

                        AVA (CONT'D)
                   No! It's not bad! We're sharing
                   with the goal of making us all
                   better. Constructive. See, Gregory?

                        GREGORY
                   Yup, got it. No need to-

                        AVA
                   Why don't you try? Try on Janine.

                        GREGORY
                   I really don't want to do that.

                        AVA
                   You're right. Should be someone who
                   knows her better. Barbara? Jacob?

          BARBARA                         JACOB
Absolutely not!                 Her hair is... I mean
                                absolutely not!

                         MELISSA
               Ava, no one's gonna do this to
               anyone. I'd make someone cry or
               punch one of you in the face.

                         AVA
               It doesn't have to be rude! That's
               what I'm saying! I'll prove it. I
               prepared for this. Come in, Sheena!

An eight-year-old student, SHEENA, comes into the room.

                         JANINE
               Ava! That's my student! She should
               be at lunch!

                         SHEENA
               I am kinda hungry.

                         AVA
               Sheena, remember what we talked
               about? What's a thing you wish was
               different about Ms. Beeman?

Sheena looks shyly around the room. Mr. Johnson, the janitor,
who has been standing in the background all along speaks up.

                         MR. JOHNSON
               She got some big feet.

Janine stands up.

                         JANINE
               Ok, That's enough. Everyone, I am
               the person who "disrespected" Ava.
               I emailed the superintendent to
               tell him that Ava spent the
               school's money on a sign. I'm
               sorry, Ava. I'm sorry everyone
               missed lunch. Especially Sheena.
               But, I did it because I care about
               kids in this school, that shouldn't
               be a bad thing...

Janine sadly storms out of the room. Everyone is quiet.

                         AVA
                    (to group, sotto)
               ...Not a compelling speaker.
               Charisma vacuum.

Barbara stares at Ava, shakes her head, and stands up.

> BARBARA
> You know what, Ava. Janine's a lot
> of things. Naive, overbearing-

> AVA
> Ooh, let me call her back in for
> this-

> BARBARA
> But... she's also right. *Wanting* to
> actually help these kids shouldn't
> be a bad thing. I've worked in this
> school district so long, I...
> might've forgotten that.

Barbara walks out. Melissa and the others get up too.

> BARBARA (CONT'D)
> And where is everyone going?

| JACOB | MELISSA |
|---|---|
| To check on Janine! | To lunch... check on Janine. |

INT. HARRITY ELEMENTARY SCHOOL HALLWAY - DAY

Janine stands outside the door of her classroom peering
through the small glass window. Barbara and the other
teachers walk up to her.

> BARBARA
> Janine, ignore Ava. And big feet
> are a sign of fertility-

> JANINE
> Every lunch period, Barbara.

Janine points through the small window. Barbara walks up to
her. We see a small boy, JAMAL, sleeping on the floor.

> JANINE (CONT'D)
> Every single one, Jamal comes and
> naps on the rug. He comes from a
> rough home-

> BARBARA
> Yeah, he was in my class. Mom's got
> a lot of kids. Dad's not around.
> When he is, the parents fight.

> JANINE
> Right, right. So he doesn't get
> much sleep. Used to fall asleep
> during morning lesson.
> (MORE)

                         JANINE (CONT'D)
               So, I told him if he stays up, he
               can take a nap during lunch. I tell
               him to sleep at his desk, but he
               says the rug's softer. Softer than
               his bed at home.

     Barbara's look softens to Janine.

                         JANINE (CONT'D)
               I don't care whether you think I'm
               good at this anymore. I care about
               whether or not I can make change.
               At Harrity. Where it's needed most.

                         BARBARA
               Janine, teachers at a school like
               Harrity have to do be able to do it
               all. We're admin. We're therapists.
               We're social workers. We're second
               parents. Sometimes, first. Why?
               Sure as hell not the pay.

     The teachers ad-lib agreements ending with Janine:

                         JANINE
               My bathroom and kitchen are
               basically one room.

                         MELISSA
               We do this because we're supposed
               to. It's a calling. You answered.

                         JANINE
               Wow, I don't know what to say.

                         JACOB
               I believe it was brother Cornel
               West who—

                         JANINE
               Don't.

                         BARBARA
               I suggest we put our money together
               and get Janine a rug. What ya'll
               think?

                         JANINE
               No! You guys can't do that. You
               don't have it. I know because I
               have the same salary as you all and
               my account's in overdraft thanks to
               that pesky Netflix payment. There
               has to be another way.

Harrity Elementary - Revised Network Draft - 1/29/21        30.

                    BARBARA
          Well, the school's not giving you
          money, and you won't take ours.
          What, you gonna steal a rug?

                    JANINE
          Not me... but I know a guy who
          knows a guy.

Janine turns to Melissa.

                    MELISSA
          Let me see what I can do.


EXT. EAGLES STADIUM BUILD - DAY

The teachers stand outside of a loading dock at the stadium.
A SHADY MAN comes out of a side door with a rolled-up mat. He
hands it to Janine.

                    SHADY MAN
          Alright, here ya go.

                    JANINE
          Perfect, thank you so much!

Janine unrolls it to see that it's a huge Eagles logo rug.

                    SHADY MAN
          Swiped that from the VIP suites.
          I'll just tell them it got lost-

A second CONSTRUCTION WORKER comes out from the loading dock.

                    CONSTRUCTION WORKER
          What the hell is going on here?

Everyone freezes. They don't know what to say. Janine steps
forward.

                    JANINE
          Sir, I'm a teacher named Janine.

                    MELISSA
            (through gritted teeth)
          Don't use your name.

                    JANINE
          I'm not going to lie. We're
          stealing a rug from you. When I was
          a kid, school was my ocean to other
          worlds. I was a ship. And teachers
          were my rudders.
                    (MORE)

                         JANINE (CONT'D)
                    Without them, I don't know where
                    I'd be right now. So we're just
                    trying to be good rudders. It's
                    hard to explain, but these rugs are
                    islands-

                         CONSTRUCTION WORKER
                    You're bad at giving speeches, but
                    I get it. A teacher changed my
                    life, too. Take it. Hell, take a
                    couple.

The teachers all smile excitedly and take rugs as Melissa
grabs something off the truck.

                         JACOB
                    Hey, mad props, my fellow!

                         CONSTRUCTION WORKER
                    Thanks, white boy.

                         JACOB
                    ...Even the white guys now?


INT. HARRITY ELEMENTARY SCHOOL - DAY

The teachers all walk through the hallway with their new
rugs.

                         BARBARA
                    Ha-ha! These are nice. Thank you,
                    Melissa. And... thank you, Janine.

                         JANINE
                    You're welcome. Feels good!

                         MELISSA
                    To finally get something you asked
                    for in this hell-hole?

                         JANINE
                    No... to finally feel like a
                    teacher.

                         MELISSA
                    Wait till ya realize you'll never
                    own a home. You'll be over the
                    moon.

Melissa, Barbara, and Jacob walk off leaving Janine and
Gregory.

                    JANINE
          Hey! Sorry we didn't get to hang
          more today. I... had to rob a
          construction worker.

                    GREGORY
          No problem, it was nice to watch a
          teacher work. Made me see how
          rewarding this job can be. But if
          the police come asking me about
          these rugs I'm snitching.

                    JANINE
          Well, thank you. And look, I know
          you said you're a sub, but I hope
          you stay. For the kids, I mean.
          They don't need any more turnovers.

                    GREGORY
          Right. I'll stick around. For the
          kids.

                    JANINE
          Good. And maybe we can get lunch
          next week!

GREGORY TALKING HEAD

                    GREGORY
          I can put up with the bodily fluids
          a little longer. At least until
          next week.


INT. JANINE'S CLASSROOM - DAY

Janine lays out her new rug onto the floor. Her kids sit on
it and she reads them a story.

JANINE TALKING HEAD

                    JANINE
          Today, was hard. Not my hardest day
          here, though. Last year, I wore
          squeaky sneakers. The kids called
          me "Fart Feet." I cried in the
          supply closet. But today made me
          better, I think. Better at this
          job. I learned teachers really are
          the only ones that can make change.


- Janine is watching a YouTube tutorial on her knees trying
to fix the reversy-toilet.

<u>JANINE TALKING HEAD</u>

                JANINE (CONT'D)
      Money would still be nice, though.


INT. JANINE'S CLASSROOM - MOMENTS LATER

As Janine is packing up to leave, Ava walks into her room.

              JANINE
      Oh. Ava... I'm sorry about earlier-

              AVA
       (angry)
      Janine.
       (then, happy)
      Thank you so much for this limited
      edition Eagles' Swoop Jockstrap!

              JANINE
      Oh... I didn't...

              AVA
      Don't be coy! It's not cute!
      Really, my least favorite thing
      about you! And that's saying
      something. Barbara and Melissa told
      me how all of you left that meeting
      to get me this to apologize for
      being vicious backstabbers!

Behind Ava at the door, Melissa and Barbara walk by. Barbara
gives Janine a wink.

<u>BARBARA AND MELISSA TALKING HEAD</u>

             MELISSA
      Swiped that from off the truck when
      the construction workers weren't
      looking. Told her Jalen Hurts wore
      it in a game.

             BARBARA
      Another key to making it in this
      job- learn to make your incompetent
      boss feel special. Janine will get
      the hang of that, too.


             **END OF ACT THREE**

## TAG

EXT. HARRITY ELEMENTARY SCHOOL — NIGHT

Mr. Johnson films Ava doing a line-dancing TikTok.

<u>MR. JOHNSON TALKING HEAD</u>

                  MR. JOHNSON
        She don't know this, but I go viral
        every week on my own page:
        Mrcleanphilly. Follow me.

- Shot of Mr. Johnson break dancing in the school hallway on his TikTok page. GRITTY enters. This is a sponsored video.