**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

CHRISTINE DAVIS,

                Plaintiff,                  22 **CIVIL** 5944 (KPF)

      -against-                       **JUDGMENT**

AMERICAN BROADCASTING COMPANY (ABC);
DELICIOUS NON-SEQUITUR PRODUCTIONS;
BLUE PARK PRODUCTIONS; SHAVON
SULLIVAN WRIGHT; CHERISSE PARKS; JUSTIN
HALPERN; PATRICK SCHUMACKER; and
QUINTA BRUNSON

                Defendants.

-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 19, 2024, Parks's and the BPP Defendants' motions to dismiss the SAC for lack of personal jurisdiction are DENIED without prejudice. Defendants' broader set of motions to dismiss the SAC for failure to state a claim are hereby GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      March 19, 2024

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**

                          **BY:**

                                                  **Deputy Clerk**