UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE DAVIS

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

WALT DISNEY et. al.

(List the full name(s) of the defendant(s)/respondent(s).)

_21_ CV _0594__ ( KPF )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: CHRISTINE DAVIS

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the   ☐ judgment   ☐ order   entered on: March 19, 2024

(date that judgment or order was entered on docket)

that: Court's order dismissing the instant action because the Court determined that there wasn't a sufficient similarity between Plaintiff's work and the defendant's work.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

April 18, 2024
Dated

*Walter J. Thompson*
Signature*

Thompson, Walter John
Name (Last, First, MI)

565 Fifth Avenue, 721    New York    NY    10017
Address                  City        State  Zip Code

(646) 922-8900           wjt@thompsonlawnyc.com
Telephone Number         E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13